IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

      *Plaintiffs*,

v.

DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.,

      *Defendants*.

Case No. 1:17-cv-1370-ESH

**[PROPOSED] ORDER GRANTING
DEFENDANT DONALD J. TRUMP FOR PRESIDENT, INC.'S
MOTION TO DISMISS**

It is ordered that Plaintiffs' claims against Defendant Donald J. Trump for President, Inc. be dismissed with prejudice.

Dated: ___

                                              The Hon. Ellen Segal Huvelle
                                              United States District Court Judge