IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

           *Plaintiffs*,

  v.

DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.,

           *Defendants*.

Case No. 1:17-cv-1370-ESH

## [PROPOSED] ORDER GRANTING DEFENDANT ROGER STONE'S MOTION TO DISMISS

It is ordered that Plaintiffs' claims against Defendant Roger Stone be dismissed with prejudice.

Dated: ___

                                                            The Hon. Ellen Segal Huvelle
                                                            United States District Court Judge