**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG,    )<br><br>Plaintiffs,    )<br><br>v.    )<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. and ROGER STONE,    )<br><br>Defendants.    ) | Civil Action No. 1:17-cv-1370-ESH |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY STEVEN A. HIRSCH *PRO HAC VICE***

The Court has reviewed Plaintiffs' motion for admission of attorney Steven A. Hirsch *pro hac vice*. Upon consideration of that motion, the Court **GRANTS** attorney Steven A. Hirsch *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                              _____
                                                                     United States District Judge