IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

        *Plaintiffs*,

   v.

DONALD J. TRUMP FOR PRESIDENT, INC.,
ROGER STONE,

        *Defendants*.

Case No. 1:17-cv-1370-ESH

**DEFENDANT ROGER STONE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY**

Defendant Roger Stone opposes Plaintiffs motion for leave to file a surreply. (ECF No. 46-1). Stone adopts Defendant Donald J. Trump for President, Inc.'s opposition to Plaintiffs' motion filed at (ECF No. 47).

Stone wishes to add that Plaintiffs also had the benefit of advocating *amici* at the pleadings stages of this case in addition to agreement to add excess page numbers to their opposition to the respective motions to dismiss. Because Plaintiffs had a full opportunity to brief the issues in the motions to dismiss, Plaintiffs' request for a surreply should be denied.

Dated: January 22, 2018                                   Respectfully submitted,

                                                                /s/ Robert Buschel
                                                                Robert C. Buschel

L. Peter Farkas                                      Robert C. Buschel**
(DDC Bar No. 52944)                         *Counsel of Record*
HALLORAN FARKAS & KITTILA, LLP      (FL Bar No. 0063436)
1101 30TH STREET, NW                     BUSCHEL GIBBONS , P.A.
SUITE 500                                            ONE FINANCIAL PLAZA – SUITE 1300
WASHINGTON, DC 20007                   100 S.E. THIRD AVENUE
(202) 559-1700                                   FORT LAUDERDALE, FL 33394
PF@HFK.LAW                                       (954) 530-5301
                                                               BUSCHEL@BGLAW-PA.COM

Grant J. Smith**
(FL Bar No. 935212)
STRATEGYSMITH, P.A.
401 EAST LAS OLAS BOULEVARD
SUITE 130-120
FORT LAUDERDALE, FL 33301
(954) 328-9064
GSMITH@STRATEGYSMITH.COM

                                          *Counsel for Roger Stone*

**CERTIFICATE OF SERVICE**

I certify that on January 22, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

/s/ Robert Buschel
Robert C. Buschel
*Counsel for Roger Stone*