# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

        Plaintiff,

  v.

DONALD J. TRUMP FOR PRESIDENT, INC.,
ROGER STONE

        Defendants.

  and

DAVID A. GOLDEN (ALIAS G., JEREMY
THUNDERCLOUD, JOHNY BIGFISH)

        Defendant Intervenor.

No. 1:17-cv-1370-ESH

MOTION TO INTERVENE/ INJUNCTIVE RELIEF/
AND AWARD OF PREJUDGMENT INTERESTS AS
PER RCW 9A.82.100(1)(d)

NOTE FOR HEARING

## PLAINTIFF – INTERVENOR DAVID GOLDEN'S (G.'s)
## MOTION TO INTERVENE

      David Golden (herewith referred to as G.), moves pursuant to Federal Rule of Civil Procedure 24 to intervene as plaintiff in this action.  Intervention is warranted as of right under 18 US §1513(e) – retaliation.  Alternatively, G. can intervene permissively as G.'s claims share common questions of law and fact with the present case.



### MEMORANDUM OF LAW IN SUPPORT OF
### G.'S MOTION TO INTERVENE

G. respectfully submits this Memorandum of Law[1] in support of this Motion to Intervene in this action against plaintiffs ROY COCKRUM, ET AL. and Amicus Curiae.  G. moves pursuant to Federal Rule of Civil Procedure 24 to intervene as of right, or alternatively, by permission, to assert claims against plaintiffs.  Plaintiffs are members of the "Democratic" party.  Likewise, Amici (The Campaign Legal Center) are funded by members of the conspiracy (Open Society Foundations and Next Generation Foundation).  G. has a right to $70 billion (plus treble damages) in relief from these parties (the real conspiracy who G. sued first), they have no right to relief from Donald J. Trump (DJT) in the present lawsuit (aka the fake conspiracy).  G. claims a right to intervene under 18 US 1513 (e) – retaliation, and shares the same common causes of action that plaintiffs allege against defendants – intentional infliction of emotional distress in violation of DC Law, and 42 USC 1985 (3) – conspiracy to interfere with civil rights.

G. was a former bridge inspector, licensed engineer, and whistleblower employed by the Washington State Department of Transportation who fraudulently had his career destroyed by the "Democratic" party (aka the illuminati).  His fellow employees calumniated against him and his attorneys conspired against him so that "Democratic" party campaign donors could launder $70 billion in taxpayer revenue through WSDOT and Sound Transit to the labor unions (see Exhibit H appendix U2-U3 (page H39-H40)).

### FACTUAL BACKGROUND

- On 3/29/13, G. filed a complaint with the Secretary of Labor for harassment against WSDOT.
- On 4/25/13, G. had a spun fraudulent complaint for harassment filed against him by the money laundering organization "Democratic" party which his own attorneys would not defend (G.'s first experience with the legal system), and obstructed witness testimony for.  G. was forced into fraudulent agreementz.
- On 5/23/13, the Skagit R. Bridge collapsed after being struck by an over-height load.  G. measured all the clearances on this bridge and according to the rulez, it should have been

---

[1] G. used motion of United States right to Intervene in case *Aleeha Dudley v. Miami University, et al.* 1.14-cv-038 authored by William F. Lynch, as template for this motion.

posted for vertical clearance.  G.'s corrupt attorneyz disposed of G. under color of law so this information was withheld.  Then, the corrupt attorney general of WA (Bob Ferguson), sued the truck driver that hit the bridge for damages.

- Next, the corrupt politicians in the WA state legislature passed $16 billion in fraudulent gas tax followed by $54 billion in fraudulent property tax / vehicle registration for light rail.  All of these taxes benefit the labor unions and the Association of General contractors.

- Presently, the "Democratic" party is attempting to pass a carbon tax to further burden the citizens of WA State and launder even more money to "Democratic" party co-owner and hedge fund manager Tom Steyer.

- John Kerry (known member of the conspiracy Skull and Bones and the communist organization "Democratic" party – see Exhibit H) visited WA State on February 13th, 2018 to promote this new tax.

- On 12/14/16, G. filed a motion in the Superior Ct. for $70 billion against the "Democratic" party, Tom Steyer, Barack Obama, et al. (see Exhibit A).

- The present lawsuit against Donald Trump bares remarkable similarities to G.'s own lawsuit against the "Democratic" party (some might even call it a "copycat" lawsuit).  However, G. filed his lawsuit first.  Unfortunately, G. cannot obtain any relief as the United States courts are all corrupt and infested with members of the conspiracy.  G. has asked for transfer of venue to a sovereign nation multiple times so that he can have a "fair and honest trial".  But he has been denied that right.

- The Muslim travel ban is a similar "copycat" lawsuit by the corrupt money laundering attorney general of WA, brought just after G. brought his first pro se lawsuit (see Exhibit A).  When G. moved to intervene on that lawsuit, the courts ("so called Judge" Robarts) excluded G. from the action and the conspiracy was allowed to bring into the United States of America what appears to be either mercenary or auxiliary arms.

**EVIDENCE RELIED UPON**

1. This motion and declaration.

2. Exhibit A, hereby attached by declaration, showing that G. filed his lawsuit first against the pernicious seditious conspiracy "Democratic" party on 12/14/16.  G. was forced to dismiss his lawsuit by Hon. Beth Andrus as she scheduled G.'s motion to change venue (which she denied) on the same day as a motion for dismissal by defendants.

3. Exhibit B, hereby attached by declaration, showing that G. brought action again on 11/29/17.  G. did this because G. saw the politician in charge of the judiciary committee in WA was scheduling hearings on the leading organized crime statute (RCW 9A.82.060-9A.82.100).

4. Exhibit C, hereby attached by declaration, showing that G. filed a choice of law motion and refused to submit to jurisdiction and venue in the federal courts.  The judge assumed jurisdiction anyway and summarily dismissed the complaint as to the corrupt money laundering federal defendants.  G. filed a cross motion for summary judgement against state defendants on 11/26/18 - an opposition to dismiss all was also included with this cross-motion.  A handwritten declaration was submitted to the court on 2/2/18 notifying the court of G.'s opposition to a 12(b)(6) dismissal.  Hon. Lasnik dismissed the action anyway (see Exhibit G).

5. Exhibit D, hereby attached by declaration, showing that G. served defendant Sinclair Broadcast on 1/24/18.  G. informed Hon. Lasnik on 1/26/18 (submitted with G.'s cross motion for summary judgement) that G. had attempted service on Sinclair Broadcasdt in MD.  Hon. Lasnik dismissed the action anyway (see Exhibit G).

6. Exhibit E, hereby attached by declaration, showing that G. served defendant Tom Steyer (co-owner of the "Democratic" party) on 1/23/18.

7. Exhibit F, hereby attached by declaration, showing that the very next day, Steyer withdrew all funding from the "Democratic" party.

8. Exhibit H, hereby attached by declaration, conclusive evidence of the conspiracy in both the judicial and legislative branches in WA State.

9. The fact that the judges do not follow the law, and are instead helping to launder tax money.

10. Exhibit I, hereby attached, showing that the FBI is also corrupted by the conspiracy as G. contacted the FBI.  The FBI refused to help G. similar to the Office of Inspector General (see Exhibits A and B).

**ARGUMENT**

I.    G. Should Be Permitted to Intervene as of Right.

Federal Rule of Civil Procedure 24(a)(1) provides that a court must permit intervention by anyone: "who is given unconditional right to intervene by a federal statute."  G. claims right to intervene under 18 US 1513 (e) – retaliation against whistleblower.

Furthermore, Federal Rule of Civil Procedure 24(a)(2) provides that a court must permit intervention on timely application by anyone: (1) who "claims an interest relating to the property or transaction that is the subject of the action." And (2) whose interest may be "impair(ed) or impede(d)" by disposing of the action., "unless existing parties adequately represent that interest."  This rule is "broadly construed in favor of potential interventors," who must be permitted to intervene if "(1) the application was timely filed; (2) the applicant possesses a substantial legal interest in the case; (3) the applicant's ability to protect its interest will be impaired without intervention; and (4) the existing parties will not adequately represent the applicant's interest." *Grutter v. Bollinger*, 188 F. 3d 394, 397-98 (6th Cir. 1999).  G. meets each of these requirements for intervention as of right.

Unfortunately, G. cannot obtain relief without intervening in the present lawsuit as the judges do not follow the law.  The courts are infested with members of the illuminati conspiracy and every time that G. proves conspiracy, the judges just pretend like G. hasn't (see Exhibit H).

> "It is doubtless true that cases may arise where the denial of a third party to intervene therein would be a practical denial of certain relief to which the intervener is fairly entitled, and which he can only obtain by an intervention.  Cases of this sort are those where there is a fund in court undergoing administration to which a third

party asserts some right which will be lost in the event that he is not allowed to intervene before the fund is dissipated.  In such cases an order denying leave to intervene is not discretionary with the chancellor, and will generally furnish the basis for an appeal, since it finally disposes of the intervener's claim by denying him all right to relief." *Credits Commutation Co. v. United States*. 177 US 311, 315.

Here, the laundered $70 billion in tax revenue, which by law, belongs to G. (see RCW 9A.82.100(4)), continues to be laundered to the unions through WSDOT and Sound Transit, and G.'s account continues to be dissipated.  Meanwhile, defendants "Democratic" party continue to commit further acts of money laundering with impunity.

A.    G.'s Motion is Timely.

The timeliness of an application for intervention is evaluated "in the context of all relevant circumstance," including:

(1) the point to which the suit has progressed; (2) the purpose for which intervention is sought; (3)the length of time preceding the application during which the proposed intervenors knew or should have known of their interest in the case; (4) the prejudice to the original parties due to the proposed intervenors' failure to promptly intervene after they knew or reasonably should have known of their interest in the case; and (5) the existence of unusual circumstances militating against or in favor of intervention. *Jensen v. City of Cincinatti, 904 F.2d 336,340 (6th Cir 1990)*

Here, the defendants are still requesting 12(b)(6) pre-trial dismissals which continue to be denied.  Interestingly, in G.'s own complaint, the corrupt federal defendants were granted a 12(b)(6) dismissal the day before a cross motion for summary judgement was to be heard, and in which all the facts in G.'s complaint had already been proven, thereby entitling him to the requested relief.  Remarkably, Hon. Lasnik is also the same judge who swore in Jenny Durkan as US attorney for western WA.

B.    G. Has a Significant Interest In the Subject Matter of this Case.

G. has significant interest in this case because the present lawsuit is a "copycat" lawsuit of his own lawsuit, bankrolled by the conspiracy.

"A victim whose property rights have been injured by a fraud may elect to accept the situation created by the fraud and seek to recover his damages or he may elect to repudiate the transaction and seek to be placed in status quo, but that the law should not make the victim's election for him, and that if he chooses to repudiate the transaction and recover his property, and if such a recovery cannot be had except by intervention in a pending suit, the right to intervene was not destroyed by the fact that it was open for him to accept the situation and sue for damages." *United States Trust Co. v. Chicago Terminal Transfer R. Co.* (1911, CA Ill) 188 F 292.

Here, G. has been damaged by fraud and libel so that the "Democratic" party could launder $70 billion to the labor unions. And G. cannot obtain any relief without intervention into the present lawsuit as the courts are all corrupt and do not follow the law.

### C.   Intervention in this Case is Necessary to Protect G.'s Interests

Under the third intervention prong, "a would-be intervenor must show only that impairment of its substantial legal interest is possible if intervention is denied." G. has now proven multiple acts of conspiracy against the "Democratic" party. These Acts have the same or similar purposes (money laundering), results, participants (politicians), victims (the public), or methods of commission or otherwise are interrelated by distinguishing characteristics that are not isolated events. *HJ Inc v NW Bell Telephone Co.* 106 L. Ed. 2d 200.

G. will suffer impairment of his interests if intervention is not allowed because the courts, the FBI, (see Exhibit I), the Department of "Justice", and the media all are obstructing G. And the $70 billion in laundered tax money (plus treble damages), that by law (see RCW 9A.82.100(4)(f) belongs to G., continues to be depleted as the corrupt media (aka fake newz), the corrupt courts (see Exhibit H), and the corrupt politicians pretend like G. doesn't exist. As such, G. should be allowed to intervene.

### D.   The Existing Parties Cannot Protect the Interests of G.

G. is able to tie multiple politicians and members of the judiciary to the conspiracy (see Exhibit H), and G. cannot obtain relief without intervention as the judges do not follow the law in state and federal jurisdiction. G. has asked for transfer to a sovereign nation so that he could have a fair trial but has been denied that right. G. is an expert on the money laundering conspiracy but the judges just pretend like the conspiracy does not exist. G. is owed $70 billion

(plus treble damages) and the accounts that hold these funds continue to be depleted by the corrupt politicians who are owned by the conspiracy (see *Citizens United v. Federal Election Commission,* 558 US 310).

II.     Alternatively, G. Should Be Allowed to Intervene By Permission

G. may also be granted leave to intervene by permission.  Rule 24(b)(1) permits intervention on timely motion by anyone who: (A) is given a conditional right to intervene by statute; or (B) has a claim or defense that shares with the main action a common question of law or fact.   G. satisfies both of these requirements.

## CONCLUSION

For the foregoing reasons, G. requests that the President of the United States (Donald J. Trump) grant the relief requested in the attached order.  And that the court also grant G.'s Motion to Intervene.

Dated: February 2016.



David Golden
Pro Se Intervenor

11826 N Division Rd #208
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

**CERTIFICATE OF SERVICE**

I, David A. Golden, certify that I mailed the foregoing Motion to Intervene, declaration, order, and Exhibits A-I to the US District Ct for the DC circuit.  I then served the same on all parties, by first class mail postage prepaid pursuant to CR 5.2.

_____ 2/20/18

David Golden


**Anne Harden Tindall/ Justin Florence/**
**Benjamin Leon Berwick**
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW
#163
Washington, DC 20006

**Ian M. Bassin**
UNITED TO PROTECT DEMOCRACY
222 Broadway
New York, NY 10038

**Steven A. Hirsch**
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Franisco, CA 94111

**Richard Primus**
THE UNIVERSITY OF MICHIGAN LAW
SCHOOL
625 S. State Street
Ann Arbor, MI 48109

**Jeffrey Baltruzak**
JONES DAY
One Mellon Bank Center
500 Grant Street
Suite 4500
Pittsburgh, PA 15219

**Michael Anthony Carvin / Vivek Suri**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

**Grant J. Smith**
STRATEGYSMITH, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007

**Robert C. Buschel**
BUSCHEL GIBBONS, PA
One Financial Plaza
100 SE Third Ave.
Suite 1300
Ft. Lauderdale, FL 33394

**Paul March Smith**
Campaign Legal Center
1411 K St. NW
Suite 1400
Washington, DC 20005

**Ruth Merewyn Greenwood**
73 W. Monroe Street
Suite 322
Chicago,, IL 60603

**Phillip Michael Spector**
MESSING & SPECTOR LLP
Office of the President
1200 Steuart Street
Suite 2112
Baltimore, MD 21230

**Katherine Ruth Atkinson**
WILKENFELD HERENDEEN &
ATKINSON
1731 Connecticut Avenue, NW
3rd Floor
Washington, DC 20009

**Michael Patrick Moore , Jr.**
HEMENWAY & BARNES, LLP
75 State Street, 16th Floor
Boston, MA 02109

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ROY COCKRUM, ET AL., |
| Plaintiff, |
| v. |
| DONALD J. TRUMP FOR PRESIDENT, INC., ROGER STONE |
| Defendants. |
| and |
| DAVID A. GOLDEN (ALIAS G., JEREMY THUNDERCLOUD, JOHNY BIGFISH) |
| Defendant Intervenor |

No. 1:17-cv-1370-ESH

DECLARATION OF DAVID A. GOLDEN (G.) IN SUPPORT OF G.'s MOTION TO INTERVENE/ INJUNCTIVE RELIEF/ AND PREJUDGMENT INTERESTS AS PER RCW 9A.82.100(1)(d)

DAVID A GOLDEN (hereafter also referred to as G.) states the following:

1.      I am defendant intervenor in this action.  I am over 18 years old and am otherwise competent to testify.

2.      I reside in Spokane County, Washington.

3.      I am a licensed engineer competent to practice engineering in the state of Washington.  I filed a whistleblower complaint against the State of WA for improper inspection of bridges in late 2012.  This complaint was forwarded from the corrupt Auditor (who was convicted of nine felonies including fraud) to the Office of the Inspector General (OIG), who refused to take any action on my complaint (other than personal persecution).

4.      I had a fraudulent restraining order filed against me which the corrupt bar association refused to defend so that the "Democratic" Party could launder $70 billion in tax revenue to their political contributors (labor unions).  The attorneys that I hired to represent me used fraud to obstruct me so that "Democrats" could pass this tax.  I now have so much evidence (over 65,000 files) of conspiracy that I am able to tie the former President of the United States (Barack Obama) and the 2016 "Democratic" presidential candidate, Hillary Clinton, to the conspiracy.

5.      I have previously shown by intervention, that the corrupt Attorney General of Washington, Bob Ferguson, is involved in money laundering.  I have proven fraud and corruption against the State of WA in the Oso Slide case (No. 17-2-30664-9 SEA King Co. Superior Ct. Exhibit A and Exhibit 3.19(1)), the Skagit R. Bridge collapse case (No. 17-2-30664-9 SEA King Co. Superior Ct. Exhibit Skagit Intervention), the "Bertha" tunnel ground settlement lawsuit (No. 17-2-30664-9 SEA King Co. Superior Ct. Exhibit Bertha Intervention), the unlawful termination of KOMO real news reporter Tracy Vedder (Motion to Intervene/ show cause No. 17-2-23111-8 SEA King Co. Superior Ct.), and the Associated Press public records lawsuit (No. 17-2-04986-34 Thurston Co. Superior Ct.) against the WA State Legislature.  However, every time I move to intervene, the judges simply exclude me from the case.

6.      I filed a pro se complaint against the State of Washington, my former attorneys, and various politicians (including Barack Obama) in the Spokane County Superior Ct. on 12/14/16 (a true and correct copy of which is attached as **Exhibit A** – lawsuit filed 12/14/16) for public corruption.  Although conspiracy law states that a conspiracy prosecution may be tried in any county where any act in furtherance of the conspiracy takes place (the fraudulent gas tax was passed in every county in the state), this action was transferred to the King County Superior Ct.  The action was then dismissed by the King County Superior Ct. judge after I presented evidence that WSDOT fraudulently fixed the bridges that I complained about after terminating me.  And that the lawyer I hired to "represent me" held a conflict of interest.  King Co. Superior Ct. then awarded damages to the corrupt attorneys that had previously represented me.

7.      I refiled the complaint in the King Co. Superior Ct. and added additional defendants (Sound Transit, Sinclair Broadcast, and judge Hon. Beth Andrus) for fraud and corruption after the first complaint was dismissed (a true and correct copy of which is attached as **Exhibit B** – pro se lawsuit refiled 11/29/17).

8.      I filed a choice of law statement and refused to submit to jurisdiction and venue after the US attorneys removed my complaint from state court to federal court because judges that are recommended to the federal judiciary (see No2:17-cv-001877 RSL Exhibit A- appendix C, G, and H and Exhibit L), as "highly qualified candidates", are so because they assist the politicians in laundering tax money to their campaign contributors (a true and correct copy of which is attached as **Exhibit C** – G.'s jury demand and choice of law filed 12/23/17 against the corrupt courts of Western WA).

9.      On January 24th, 2018, a process server served process on defendant Sinclair Broadcast (a true and correct copy of which is attached as **Exhibit D** – proof of service on defendant Sinclair Broadcast in MD).  I filed an affidavit with the court on 1/26/18 stating that I had attempted to serve process in Maryland on Sinclair Broadcast in a cross motion for summary judgment.

10.      On January 23rd of 2018, a process server served process on Tom Steyer in San Francisco, CA (a true and correct copy of which is attached as **Exhibit E** – proof of service on Tom Steyer).  Tom Steyer is the co-owner of the "Democratic" Party as highlighted in Exhibit B in the sixth cause of action, and holds a government monopoly on most of the Western United States ("Democratic" party – see also Paris Agreement).

11.      On January 24th of 2018, defendant Steyer announced that he would no longer fund the three main arms of the "Democratic" party.  Steyer said that "I don't have a litmus test on any one thing, but I do have a litmus test for elected officials standing on principle and doing the right thing, looked at holistically...  And I want to say that after the DACA vote I have decided not to give anything to the national party committee."  This article further states that "Steyer runs his political operations through NextGen America, which 'acts politically to prevent climate disaster, promote prosperity, and protect the fundamental rights of every American'."

Steyer has also worked to overthrow the sovereignly elected President of the United States Donald Trump through his "Need to impeach campaign" (a true and correct copy of which is attached as **Exhibit F** – news article showing that Steyer will no longer fund "Democrats" after being served with process by G.).

12.    On February 8th of 2018, Hon Robert Lasnik – federal "so called" judge (see also Hon. James Robart) in the US District Ct. of Western WA - dismissed the action as to the corrupt money laundering federal defendants on a 12(b)(6) motion (a true and correct copy of which is attached as **Exhibit G** – dismissal as to corrupt money laundering federal defendants and remand). G. submitted an opposition/response as to all defendants' 12(b)(6) motions in his 1/26/2018 cross-motion for summary judgment (included in that motion for judicial economy) – which should have been scheduled to be heard opposite corrupt state defendants motion for summary judgement on the following day, 2/9/18. G. also submitted a handwritten notice on 2/2/18 referencing his opposition to dismissal as to corrupt federal defendants in his cross motion for summary judgement.

13.    On 2/20/18, G. submitted an order to show cause against "so called" Judge Hon. Susan Amini in the King County Superior Court. G. submitted this motion and order after being excluded from the Tracy Vedder case (a true and correct copy of which is attached as **Exhibit H** – order to show cause against Hon. Amini and Sinclair Broadcast).

14.    On 10/26/2016, G. informed the media (by e-mail) that the government is corrupt and laundering money and that G. had contacted the FBI numerous times (a true and correct copy of which is attached as **Exhibit I** – G.'s email to various media representatives). Despite this, no mention was made of G.'s lawsuit or the widespread government corruption that G. had exposed. Further, after G. intervened in the media's lawsuit against WA State legislature for unlawful withholding of public records (No. 17-2-04986-34 in the Thurston Co. Superior Ct.), no mention was made of G. by the media (fake newz).

I declare under the penalty of perjury laws of the State of Washington that the foregoing is true and correct.

SIGNED in Spokane, Washington this ____ day of February, 2018.

By: _____

David Anthony Golden (G.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

        Plaintiff,

      v.

DONALD J. TRUMP FOR PRESIDENT, INC.,
ROGER STONE

        Defendants.

   and

DAVID A. GOLDEN (ALIAS G., JEREMY
THUNDERCLOUD, JOHNY BIGFISH)

        Defendant Intervenor

No. 1:17-cv-1370-ESH

[PROPOSED] ORDER TO  ALLOW
INTERVENTION/ VENUE CHANGE FOR G. TO
SOVEREIGN NATION SO HE CAN HAVE A FAIR
TRIAL/ RESTORATION OF CORRUPT FEDERAL
DEFENDANTS TO G.'s ORIGINAL COMPLAINT/
AND PREJUDGMENT INTERESTS AS PER RCW
9A.82.100(1)(d)

The motion of plaintiff, David Golden (G.) to allow intervention came before me on

_____.

After full consideration of the evidence submitted, it appears and DONALD J. TRUMP finds that
there are sufficient grounds to believe, that G.'s Motion to Intervene demonstrates that:

    1) he has significant interest in the subject matter.

    2) his interests will not be protected by parties who are currently party to the action.

    3) his interests will be impaired by the disposition of the action.

    4) his motion was timely filed.

    5) the judiciary has circumvented Donald J Trump's executive order and G.'s motion to
intervene and is bringing in mercenary or auxiliary arms into the United States of America
under color of law.

6) the judiciary is corrupt as members of the judiciary are appointed by corrupt politicians who are also members of the subversive conspiracy (see Exhibit H- aka the illuminati).

7) law enforcement agencies of the United States of America (Department of "Justice", FBI, Office of the Inspector General, and the courts) are also corrupt because the leaders of these agencies were appointed by the prior administration which was under the influence of the illuminati.

8) G. has proven fraud and corruption multiple times against the State of WA, and has lost his career and reputation by these corrupt agencies, so that politicians and his attorneys could launder $70 billion in new tax revenue to the labor unions.  Whereas, G. brought his complaint because he was worried about bridges collapsing and people getting killed.

9) The judges in Western Washington will not give G. a fair trial as they are appointed by the corrupt politicians that are also members of the pernicious seditious conspiracy (illuminati). Therefore, G. should have his case transferred by executive order to the Wellpinit Indian Reservation in Wellpinit, WA.

10) Federal defendants that have been removed from G.'s complaint by "so called" Judge Hon. Robert Lasnik should be reinstated. Hillary Clinton should also be added as to the Sixth Cause of Action as shown in Exhibit B.

11) US Attorneys for Western WA Priscilla Chan and Annette Hayes – should be terminated as they do not enforce the law and are involved in a protection racket for former Western WA US Attorney Jenny Durkan – an Obama appointee.

All of these interests cannot be protected without G.'s intervention.  Therefore, G.'s Motion to Intervene should be granted.

G. is also hereby awarded $250,000 in prejudgment interests for exposing the corrupt subversive conspiracy as per RCW 9A.82.100(1)(d).

Signature:_____
DONALD J. TRUMP
PRESIDENT OF THE UNITED STATES

Signature:_____
Hon. Ellen S. Huvelle, allowing motion to intervene

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

1
2
3
4
5

**US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

6

7  ROY COCKRUM, ET AL.,

                        Plaintiff/Petitioner,

8       vs.

9  DONALD J. TRUMP FOR PRESIDENT, INC, ET
AL.,

                   Defendant/Respondent.

NO. 1:17-cv-1370-ESH

10
11
12
13

**TITLE OF DOCUMENT:**

14
15  **EXHIBIT A** – DAVID GOLDEN'S (G's) COMPLAINT FILED AGAINST THE "DEMOCRATIC" PARTY, ET AL. FOR MONEY LAUNDERING AND CONSPIRACY AS FILED IN THE SPOKANE CO. SUPERIOR CT. ON 12/14/2016

16
17
18
19
20
21
22

NAME:         David Golden

23
ADDRESS:    11826 N Mayfair Rd. #28
Spokane, WA 99218

24
25  PHONE:      (360)915-2612

26
27
28

(Copy Receipt)                          Clerk's Date Stamp



**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**

GOLDEN, DAVID

**Plaintiff(s)/Petitioner(s),**

**vs.**

WA STATE DEPT. OF TRANS.

**Defendant(s)/Respondent(s).**

JUDGE JAMES M. TRIPLET 99

CASE NO.   2016-02-04773-9

**CASE ASSIGNMENT**
**NOTICE AND ORDER (NTAS)**

**CASE STATUS CONFERENCE DATE:**
**MARCH 17, 2017 AT 8:30 AM**

## ORDER

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to the judge noted above.   **You are required to attend a Case Status Conference before your assigned judge on the date also noted above.   The Joint Case Status Report must be completed and brought to the Status Conference. A Case Schedule Order, with the trial date, will be issued at the Status Conference.**

Under the individual calendar system, the court will operate on a four-day trial week.  Trials will commence on Monday, Tuesday, Wednesday or Thursday.  Motion Calendars are held on Friday.  All motions, other than ex parte motions, must be scheduled with the assigned judge.  Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court.  Pursuant to LCR 40 (b) (10), motions must be confirmed no later than 12:00 noon two days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case.  You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at  **http://www.spokanecounty.org/1140/Superior-Court**

DATED:  12/14/2016

SALVATORE F. COZZA
PRESIDING JUDGE

**NOTICE:  The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).**

CASE ASSIGNMENT NOTICE      LAR 0.4.1(b)    (4/2001)   Rpt032                          Page 1 of 1



16204773-9

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR SPOKANE COUNTY

DAVID GOLDEN, (alias JEREMY
THUNDERCLOUD, alias JOHNY BIGFISH), an
individual,

                              Plaintiff,

v.

WASHINGTON STATE DEPT OF
TRANSPORTATION; WASHINGTON STATE
AUDITOR; US OFFICE OF THE INSPECTOR
GENERAL;US DEPT OF LABOR; US DEPT OF
JUSTICE; WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE; BOB FERGUSON, individually
and the marital community composed thereof; DANA
DELUE, individually and the marital community
composed thereof; JENNY DURKAN, individually and
the marital community composed thereof, BARACK
OBAMA, individually and the marital community
composed thereof; CHRISTINE GREGOIRE,
individually and the marital community composed
thereof; PAULA HAMMOND, individually and the
marital community composed thereof; JAY INSLEE,
individually and the marital community composed
thereof; LYNN PETERSON, individually and the
marital community composed thereof; TREVOR
OSBORNE, individually and the marital community
composed thereof; PETER PETRICH, individually and
the marital community composed thereof; THURSTON
CO. SUPERIOR CT.; HON. CAROL MURPHY,
individually and the marital community composed
thereof; SHELLEY BRANDT, individually and the
marital community composed thereof; WASHINGTON
STATE BAR ASSOCIATION; SCOTT NICHOLSON,
individually and the marital community composed
thereof; TODD HARRISON, individually and the
marital community composed thereof; TOM STEYER,
individually and the marital community composed
thereof; THE DEMOCRATIC PARTY

                              Defendants.

NO: _____

COMPLAINT FOR DAMAGES

1

A2

Plaintiff, David Golden, an individual, alleges as follows:

## 1.    PARTIES

1.1     David G. (plaintiff), was a licensed engineer practicing structural engineering at:

1.2     Washington State Dept. of Transportation (WSDOT).  He filed a whistleblower report with:

1.3     Washington State Auditor's office (SAO) alleging faulty work.  SAO sent his complaint to:

1.4     Office of the Inspector General (OIG).  OIG did not investigate but action was required as Plaintiff G. had independently originated a complaint alleging harassment under 6 US §1142 with:

1.5     US Dept. of Labor (US DOL).

1.6     US DOJ arranged "independent" alternate dispute resolution in *Golden v WSDOT* (0-1960-13-043) with:

1.7     Washington State Attorney General's Office (ATG), headed by:

1.8     Bob Ferguson, ATG "elect" against:

1.9     Dan Delue, who served as G.'s attorney representing his interests in the matter.

1.10    Jenny Durkan worked as US Attorney for US DOJ during the time of G.'s complaint.  She was appointed to this post by:

1.11    Barack Obama, President of the United States (POTUS).  Durkan also serves(d) as personal attorney to:

1.12    Christine Gregoire, who signed into law the Seattle tunnel "mega"project.  Gregoire appointed:

1.13    Paula Hammond secretary of WSDOT.  Hammond also performed work on the 520 bridge "mega"project.

1.14    Jay Inslee was governor "elect" during the time of G.'s OHSA complaint.  He appointed:

1.15    Lynn Peterson secretary of WSDOT, replacing Hammond.  Peterson filed an "independent" temporary restraining order (TRO) against G. alleging harassment.  G. was represented by:

1.16    Trevor Osborne, who served as G.'s attorney representing his interests in the matter.  Osborne worked under guidance of:

1.17    Peter Petrich (presumably of the Clare Petrich family).  The TRO was filed in the:

1.18    Thurston Superior Co. Sup. Ct. where:

1.19    Hon. Carol Murphy presides.

1.20    Shelley Brandt is an attorney "practicing law" in Olympia, WA.  Brandt sits on the:

1.21    WSBA board of governors.



1.22   Scott Nicholson (WSDOT) was the labor relations manager for WSDOT during the time of G.'s complaint.

1.23   Todd Harrison (WSDOT) was appointed acting supervisor after G. filed his complaint with SAO. Harrison also served as chief negotiator for WSDOT during the time of OSHA mediation.

1.24   Tom Steyer is a "philanthropist" and contributor to the:

1.25   "Democratic" party.

## II.   JURISDICTION AND VENUE

2.1   Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

2.2   Venue is correct because amongst other things, Washington State imposed a tariff on gas in 2015 for Spokane area residents (where plaintiff resides).  The tariff's purpose was to, amongst other things, increase spending on government "mega"projects.  Bonds were issued by the state, through their representative, to cover the "mega"projects" against the surety of this tax increase at the pump.

## III.   FACTUAL ALLEGATIONS

3.1   Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

3.2   G. brought concerns alleging faulty work in practice of bridge inspection to supervisor and SAO in late 2012.  SAO forwarded this information to OIG, who did not investigate the substance of his complaint.

3.3   On 2/22/13, and under alias Jeremy Thundercloud, G. electronically filed a FOIA request for WSDOT employee Harvey Coffman, amongst others.

3.4   On 3/29/13, and under true name David Golden, G. electronically filed a federal complaint for harassment under 6 US § 1142.  He made this complaint without guidance of counsel.

3.5   On 4/12/13, and under alias Johny Bigfish, G. electronically filed a FOIA request for WSDOT employees Peterson and Hammond, amongst others.

3.6   On 4/23/13, Peterson moved into a home located at 204 17th AVE SE, a short distance from G.'s own.  This particular home had been on the market for some time.

3.7   On 4/25/13, Peterson filed a complaint in Thurston Co. Sup. Ct.  It was an "*Ex Parte* TRO" against G. (see *Peterson v. Golden*), alleging harassment.  Witness to G.'s alleged behavior were Peterson, Brandt, Nicholson, Harrison, and a third party locksmith.

3

A 4

3.8    On 5/16/13, US Department of Labor (US DOL) responded to G.'s own allegation of harassment against WSDOT (see *Golden v WSDOT*).

3.9    On 5/23/13, the Skagit R. I-5 truss was struck by an over-height load; multiple sway struts were damaged (see *State v. Mullen Trucking, et al*). Ultimately, this action resulted in a buckling of the top chord, and subsequent bridge collapse. G. was not interviewed by any defendants about his knowledge of the subject matter (other than Delue and Osborne).

3.10   On 6/17/13, Trevor Osborne, settled Peterson's TRO allegation of harassment against G. by agreement (see *Peterson v. Golden*). At time of allegation, US DOL had not responded to G.'s OSHA complaint. When US DOL did finally respond, Osborne excluded himself from the proceedings saying it was a "separate case". As for the TRO matter, Osborne advised G. to forego trial and settle with an "ostensible acquittal" due to problems with the third party witness whom Osborne regarded to G. as unreliable. G. was unable to recover attorney fees in the matter.

3.11   On 8/13/13, Dana Delue, settled G.'s OSHA complaint for $70,000. This amount was significantly larger than Delue recommended prior to mediation. Delue advised G. to forego trial due to his *significant mental disability*. Delue did not subpoenae any witnesses in G.'s defense. Delue advised G. that he had no case at all as there was no safety issues because WSDOT had said so. Delue advised G. that his best course of action was to drop all pending bar complaints he had made. G. was unable to recover attorney fees and he incurred tax liability in the matter.

3.12   On 9/4/14, Steve Rogers (WSF) was reprimanded by Lynn Peterson with collaborating testimony from Scott Nicholson (now serving as labor manager for Jay Inslee). G. contacted Delue about the matter who advised no action.

3.13   On 3/23/2015, Bridge 08557500 (substance of G.'s original OSHA complaint), was found to be under contract replacement. Plaintiff G. learnt of this whilst travelling to Pioneer Square in south Seattle. G. was told by WSDOT that there were no safety concerns with this bridge at the time of the OSHA settlement (see Paragraph 3.11).

3.14   In April, 2015 (SID 0003523A/ Bridge #410/ 101 was damaged by an over-height load). WSDOT wrongly identified this bridge as being posted correctly to media sources.

3.15   On 7/15/15, Jay Inslee, signed into law a $16.1 billion gas tax.

3.16   On 5/31/16, Delue sent G. a *cease and desist order* (via court representative).

3.17   On 10/4/16, G. filed a tort claim against the state of Washington for $16,000,000,000.00 in actual damages. This claim was denied.

3.18   On 10/9/16, ATG reached a $50,000,000.00 settlement with plaintiffs in the Oso slide tort.

4

A5

3.19   On 10/31/16, G. amended his tort claim to show demonstrable proof of criminal action (malice) in the Oso slide case against ATG. G. was unable to prove criminal action at time of OSHA settlement due to the meddling actions of Petrich, Osborne, and Delue. This claim was denied.

3.20   Hon. Carol Murphy is magistrate in Thurston Sup. Ct. and associated with the state ATG. Mrs. Murphy is married to Mike Sellars[1], who is employed by the Public Employment Relations Commission (PERC), "the independent state agency for resolving labor disputes[2]".

3.21   On or about 11/4/2016, Hon. Carol Murphy issued judgment in case *Seattle Tunnel Partners v. State* in favor of state denying damages for "Bertha" tunnel boring machine (TBM).

3.22   Hon. Carol Murphy also issued judgment in civil case *Freedom Foundation v. Gregoire* (executive privelege "Bertha" records) in favor of Gregoire in 2011.

3.23   Jenny Durkan, served as US Attorney for western Washington from the time of G.'s original OSHA complaint and up until that time of final settlement[3]. She was appointed to this post by Barack Obama. Durkan also serves(d) as personal attorney to Gregoire. Durkan, now involved in private practice is, by self admission, "not just respected for obtaining favorable verdicts and multi-million dollar settlements, but also for her ability to resolve sensitive cases discretely"[4]. Durkan serves(d) on the WSBA board of governors with Brandt. Plaintiff was unaware of all facts contained in paragraph herein at time of OSHA settlement.

3.22   On 11/8/16, Pat McCarthy was elected state auditor. Gregoire and Dow Constantine worked on her campaign. All three were supporters of the ST3 tax levy - a $54 billion property tax increase for Seattle residents that passed by popular vote on that same day.

3.23   Members of the Sound Transit (ST) expert review panel (ERP) are selected cooperatively by the chairs of the state senate and house transportation committees (WSTC), the secretary of the transportation, and the governor. The ERP makes significant recommendation to the legislature on construction projects.

3.24   On 11/14/16, Golden filed an ammended tort claim against the state of Washington for $70,000,000,000.00 in compounded actual damages for the gas tax and ST3 levy. This claim was

---

[1] http://votingforjudges.org/08pri/div2/thur/thur3crn.html

[2] http://perc.wa.gov/executive-director-2/

[3] https://en.wikipedia.org/wiki/Jenny_Durkan

[4] http://www.jennydurkan.com/firm-profile

denied by ATG.

3.25    Jay Inslee (WA governor), Cylvia Hayes (fiance of John Kitzhaber – OR governor), Jerry Brown
        (CA governor), and Barack Obama (POTUS) are all associates of Tom Steyer.

**IV.    FIRST CAUSE OF ACTION:**

(as to defendants OIG, US DOL, US DOJ, Delue, Durkan, Obama, Osborne, Petrich, and WSBA)
LEGAL ABUSE/ BREACH OF FIDUCIARY DUTY/ MALICOUS PROSECUTION/ INTENTIONAL
DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW/ INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS/ BREACH OF CONTRACT/ RENDERING CRIMINAL ASSISTANCE/
INFLUENCING CRIMINAL PROCEEDINGS/ OBSTRUCTING PUBLIC SERVANT

4.1     Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation
        contained in the preceding paragraphs.

4.2     G. defended allegation of harassment in April, 2013 (see *Peterson v. Golden*) which resulted in
        the "ostensible acquittal" condition already established in paragraph 3.10. Again, defendant
        Osborne (under supervision of Petrich): (1) did not subpoena witness testimony (except the
        locksmith whom he regarded to plaintiff G. as unreliable), (2) did not advise G. of any
        associations he had which may have been detrimental to G., (3) advised G. that he had no case,
        (4) refused to file documents in G.'s defense, and (5) advised G. to forego trial.

4.3     G. brought his own allegations of harassment against defendant WSDOT in March, 2013 (see
        *Golden v. WSDOT*).  This effort resulted ultimately in a favorable settlement by defendant Delue.
        However, Delue: (1) advised G. to forego trial, (2) advised G. that he had no case, (3) advised G.
        to settle for less, (4) failed to subpoena any witness testimony in G.'s defense, (5) failed to warn
        of the severity of the collateral action clause contained in 6 US §1142 4 B, and the gravity
        thereof.   Lastly, Delue ordered G. to: (6) drop all active or pending bar complaints and (7) drop
        all FOIA request he had made.

4.4     As a direct and proximate cause of defendants' combined negligence and criminal action,
        (co)defendants were able to pass a $16.1 billion gas tax followed by a $54 billion property tax
        upon the citizens of Washington.  These bonds are subject to forfeiture due to the fraudulent
        conditions of their procurance under RCW 9A.82.100(4)(f).

**V.     SECOND CAUSE OF ACTION:**

(as to defendants Delue, Durkan, Gregoire, Osborne, Petrich, Brandt, and WSBA)
LEGAL ABUSE/ABUSE OF PROCESS/ CONSPIRACY

A7

5.1    Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

5.2    G. was unable to find competent representation by any member of WSBA. G. was abandoned by his first attorney. She referred plaintiff to Brandt whom she classified as "a good attorney". Brandt betrayed case information (see TRO) either prior or just after G.'s consult visit. Brandt sits on the board of governors at WSBA with Durkan. Durkan serves(d) as personal counsel to Gregoire.

5.3    Durkan was US Attorney for US DOJ at the time of G.'s OIG complaint. Durkan's relationship with Gregoire and her penchant for "resolving sensitive cases discretely" was damaging to G.

5.4    As a direct and proximate cause of defendants' combined actions, (co)defendants passed the taxes mentioned in paragraph 4.4. These bonds are subject to forfeiture due to the fraudulent conditions of their procurance under RCW 9A.82.100(4)(f)(iii).

## VI.    THIRD CAUSE OF ACTION:

(as to defendants Delue and WSBA)

LEGAL ABUSE/ BREACH OF CONTRACT/ INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

6.1    Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

6.2    Defendant Delue sent Golden a *cease and desist* order through his attorney to establish, ostensibly, more ostensible guilt upon the "ostensible guilt" already established. This action is willful in nature and in direct violation of the terms set forth in the breach of contract provision of the OSHA agreement.

6.3    As a direct and proximate cause of defendants' malicious act(s), the OSHA contract is void; as Delue, through his state licensed intermediary, has activated the very clause he himself "negotiated".

## VII.    FOURTH CAUSE OF ACTION:

(as to defendants WSDOT, SAO, OIG, ATG, Ferguson, Delue, Hammond, Inslee, Peterson, WSBA, Nicholson, and Harrison)

DURESS/ABUSE OF PROCESS/INEFFECTIVE ASSISTANCE OF COUNCIL/ CONSPIRACY/ MONEY LAUNDERING

7.1    Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

7



7.2    G. did advise Delue, both prior and subsequent to OSHA settlement, that he was under duress. Despite this, Delue advised G. that his condition was due to general anxiety disorder (GAD), a *significant mental disability* that his psychologist had diagnosed him with. According to Delue, this condition barred G. from standing trial.

7.3    G. was unable to learn jurisprudence prior to OSHA mediation. G. was disciplined repeatedly for taking leave from work by Harrison and WSDOT to work on his case. As such, he had to rely, to his detriment, on the advice of Delue. Delue advised G. that the true value of his complaint was $50,000. G. vehemently disagreed, but at mediation, he bizarrely watched Harrison converge on this same number, and not without significant effort from Delue. After this number came, and G. still did refuse it, state finally did offer $70,000 as a last number. At this time, and, "in confidence", Delue told G. that if he did not agree, he would get nothing as G. had no case.

7.3    After this day of mediation, but prior to final signature of the stipulated $70,000 contract, G. told Delue that he would not sign the OSHA agreement. In response, Delue told G. that he had no recourse, as he would be sued as well if he did not, implying further legal action against G.

7.4    As such, and in broad hindsight, G. can only conclude that all parties in this cause of action had separate agreement prior to mediation unbeknownst to G., and that the amount reached was not due to profound knowledge of law as Delue professed.

7.5    This separate agreement was damaging to the interest of G.

7.6    As a direct and proximate cause of defendants' actions, (co)defendants passed the taxes mentioned in paragraph 4.4. These bonds are subject to forfeiture due to the fraudulent conditions of their procurance under RCW 9A.82.100(4)(f).

## VIII.    FIFTH CAUSE OF ACTION:

(as to defendants Murphy, Gregoire, and Thurston Co. Sup. Ct.)

BRIBERY/ MONEY LAUNDERING

8.1    Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

8.2    STP filed case *STP v. State* in Thurston Co. Sup. Ct. where Hon. Carol Murphy presides.

8.3    Murphy is associated with ATG and the unions through her husband, Mike Sellars.

8.4    Murphy decided case *Freedom Foundation v. Gregoire* in favor of Gregoire regarding "Bertha" records.

8.5    Immediate decision of *STP v State* subsequent to G. proving malice against ATG establishes a pattern of corrupt intent.

8.6    These actions may be available to prosecution under RCW 9A.68.010 and RCW 9A.83.020.

8

A9

**IX.    SIXTH CAUSE OF ACTION:**

(as to defendants Democratic Party, Steyer, Inslee, and Obama)

BRIBERY/ TRADING IN PUBLIC OFFICE

9.1    Plaintiff restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

9.2    Defendant Steyer provides campaign contributions to Inslee, Obama,and Clinton; either directly or through the "Democratic" party.

9.3    Steyer holds major interests in renewable energy securities.

9.4    "Democratic" candidates Inslee, Clinton, and Obama have all taken significant knowing action towards the advancement of renewable energies.

9.5    A pattern of corrupt intent has been established in the preceding paragraphs.

9.6    These actions may be available to prosecution under RCW 9A.68.010, RCW 9A.68.040, and RCW 9A.68.060.

**X.    RELIEF REQUESTED:**

10.1    For declatory relief, to the effect that the settlement between the parties of August 2013 is invalid, and is null and void.

10.2    For economic and noneconomic damage in amount to be determined at trial.

10.3    For recovery of attorney's fees by Delue and Osborne.

10.4    For leave to amend this complaint as and when new claims arise.

10.5    For such other relief as the Court may deem proper.

DATED this _____ day of December, 2016.

David A. Golden
WA Professional Engineer #39855

Pro Se

9

A 10

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

                    Plaintiff/Petitioner,

    vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,

                Defendant/Respondent.

NO. 1:17-cv-1370-ESH

### TITLE OF DOCUMENT:

**EXHIBIT  B** – DAVID GOLDEN'S (G's) COMPLAINT FILED AGAINST THE "DEMOCRATIC" PARTY, ET AL. FOR MONEY LAUNDERING AND CONSPIRACY AS FILED IN THE KING CO. SUPERIOR CT. ON 11/29/17

NAME:        David Golden

ADDRESS:    11826 N Mayfair Rd. #28
                  Spokane, WA 99218

PHONE:       (360)915-2612

FILED

2017 NOV 29  AM II: 31

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR KING COUNTY

DAVID GOLDEN (alias G., JEREMY
THUNDERCLOUD, JOHNY BIGFISH), an individual,

                    Plaintiff,

v.

WASHINGTON STATE DEPT OF
TRANSPORTATION; WASHINGTON STATE
AUDITOR; US OFFICE OF THE INSPECTOR
GENERAL;US DEPT OF LABOR; US DEPT OF
JUSTICE; WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE; BOB FERGUSON, individually
and the marital community composed thereof; DANA
DELUE, individually and the marital community
composed thereof; JENNY DURKAN, individually and
the marital community composed thereof, BARACK
OBAMA, individually and the marital community
composed thereof; CHRISTINE GREGOIRE,
individually and the marital community composed
thereof; PAULA HAMMOND, individually and the
marital community composed thereof; JAY INSLEE,
individually and the marital community composed
thereof; LYNN PETERSON, individually and the
marital community composed thereof; TREVOR
OSBORNE, individually and the marital community
composed thereof; PETER PETRICH, individually and
the marital community composed thereof; THURSTON
CO. SUPERIOR CT.; HON. CAROL MURPHY,
individually and the marital community composed
thereof; SHELLEY BRANDT, individually and the
marital community composed thereof; SCOTT
NICHOLSON, individually and the marital community
composed thereof; TODD HARRISON, individually and
the marital community composed thereof; TOM
STEYER, individually and the marital community
composed thereof; THE DEMOCRATIC PARTY,
SINCLAIR BROADCAST, BETH ANDRUS,
individually and the marital community composed
thereof; KING CO. SUPERIOR COURT,
WASHINGTON STATE LEGISLATURE,

                    Defendants.

NO. **17 - 2 - 30 6 6 4 - 9 SEA**

COMPLAINT FOR DAMAGES
AND OTHER RELIEF

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

COMPLAINT FOR DAMAGES  – 1

B1

1   Plaintiff, David Golden, an individual, alleges as follows:

2

3   **1.    PARTIES**

4   1.1    David G. (plaintiff, herewith referred to as G.), was a licensed engineer practicing structural

5          engineering at:

6   1.2    Washington State Dept. of Transportation (WSDOT) bridge office.  He filed a whistleblower

7          report with:

8   1.3    Washington State Auditor's office (SAO) alleging faulty work.  SAO sent his complaint to:

9   1.4    Office of the Inspector General (OIG).  OIG did not investigate but action was required as G. had

10         independently originated a complaint alleging harassment under 6 US §1142 with:

11  1.5    US Dept. of Labor (US DOL).

12  1.6    US Dept. of Justice (US DOJ) arranged "independent" alternate dispute resolution in *Golden v*

13         *WSDOT* (0-1960-13-043) in August, 2013 with:

14  1.7    Washington State Attorney General's Office (ATG), headed by:

15  1.8    Bob Ferguson, ATG "elect" against:

16  1.9    Dan Delue, who served as G.'s attorney representing his interests in the matter.

17

18  1.10   Jenny Durkan worked as US Attorney for US DOJ during the time of G.'s complaint.  She was

19         appointed to this post by:

20  1.11   Barack Obama, President of the United States (POTUS).  Durkan also serves(d) as personal

21         attorney to:

22  1.12   Christine Gregoire, who signed into law the Seattle tunnel "mega"project.  Gregoire appointed:

23  1.13   Paula Hammond secretary of WSDOT.  Hammond also performed work on the 520 bridge

24         "mega"project.

25

26  1.14   Jay Inslee was governor "elect" during the time of G.'s OHSA complaint.  He appointed:

27  1.15   Lynn Peterson secretary of WSDOT, replacing Hammond.  Peterson filed an "independent"

28         temporary restraining order (TRO) against G. alleging harassment.  G. was represented by:

29  1.16   Trevor Osborne, who served as G.'s attorney representing his interests in the matter.  Osborne

30         worked under guidance of:

31  1.17   Peter Petrich (presumably of the Clare Petrich family).

32

33  1.18   Hon. Carol Murphy serves as Presiding Judge in the:

34  1.19   Thurston County Superior Court.

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

COMPLAINT FOR DAMAGES – 2

*BZ*

1    1.20   Shelley Brandt is an attorney "practicing law" in Olympia, WA.

2

3    1.21   Scott Nicholson (WSDOT) served as labor relations manager for WSDOT during the time of G.'s

4           whistleblower complaint.

5    1.22   Todd Harrison (WSDOT) was appointed acting supervisor of the bridge office after G. filed his

6           whistleblower complaint with SAO.  Harrison also served as chief negotiator for WSDOT during

7           the time of OSHA mediation.

8

9    1.23   Tom Steyer is a "philanthropist" and contributor to the:

10   1.24   "Democratic" party.

11

12   1.25   Sinclair Broadcast (SBGI)  is "the largest and most diversified television broadcasting company

13          in the country today".[1]  SBGI acquired KOMO news and Fisher Plaza in August of 2013.

14

15   1.26   Hon. Beth Andrus serves as Chief Civil Judge in the:

16   1.27   King County Superior Court.

17

18   1.28   Washington State Legislature (WALeg) holds taxing authority for the people of Washington

19          State.  WALeg takes significant campaign donations from the labor unions.

20

21   II.    **JURISDICTION AND VENUE**

22   2.1    Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and

23          allegation contained in the preceding paragraphs.

24   2.2    Venue is correct because amongst other things, Washington State Legislature imposed a tariff on

25          gas in 2015 for Seattle area residents (where defendants (p)reside).  The tariff's purpose was to,

26          amongst other things, increase spending on government "mega"projects.  Bonds were issued by

27          the state, through their representative, to cover the "mega"projects against the surety of this tax

28          increase at the pump.

29

30   **III.   FACTUAL ALLEGATIONS**

31   3.1    Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and

32          allegation contained in the preceding paragraphs.

33   3.2    G. brought concerns alleging faulty work in practice of bridge inspection to supervisor, SAO, and

---

[1] sbgi.net

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

B3

|     |      |                                                                                                      |
|-----|------|------------------------------------------------------------------------------------------------------|
| 1   |      | Hammond in late 2012. SAO forwarded this information to OIG, who did not investigate the             |
| 2   |      | substance of his complaint.                                                                          |
| 3   | 3.3  | On 2/22/13, and under alias Jeremy Thundercloud, G. electronically filed a FOIA request for          |
| 4   |      | WSDOT employee Harvey Coffman, amongst others.                                                       |
| 5   | 3.4  | On 3/29/13, and under true name David Golden, G. electronically filed a federal complaint for        |
| 6   |      | harassment under 6 US § 1142. He made this complaint without guidance of counsel.                    |
| 7   | 3.5  | On 4/12/13, and under alias Johny Bigfish, G. electronically filed a FOIA request for WSDOT          |
| 8   |      | employees Peterson and Hammond, amongst others.                                                      |
| 9   | 3.6  | On 4/23/13, Peterson moved into a home located at 204 17th AVE SE, a short distance from G.'s        |
| 10  |      | own. This particular home had been on the market for some time.                                      |
| 11  | 3.7  | On 4/25/13, Peterson filed a complaint in theThurston Co. Dist. Ct. It was an *Ex Parte* TRO"        |
| 12  |      | against G. (see *Peterson v. Golden* AH13-54), alleging harassment. Witness to G.'s alleged          |
| 13  |      | behavior were Peterson, Brandt, Nicholson. Harrison, and a third party locksmith.                    |
| 14  | 3.8  | On 5/16/13, US Department of Labor (US DOL) responded to G.'s own allegations of harassment          |
| 15  |      | against WSDOT.                                                                                        |
| 16  | 3.9  | On 5/23/13, the Skagit R. I-5 truss was struck by an over-height load; multiple sway struts were     |
| 17  |      | damaged (see *State v. Mullen Trucking, et al. No. 76310-5*). Ultimately, this action resulted in a  |
| 18  |      | buckling of the top chord, and subsequent bridge collapse. G. was not interviewed by any             |
| 19  |      | defendants about his knowledge of the subject matter (other than Delue and Osborne).                 |
| 20  | 3.10 | On 6/17/13, Osborne. settled Peterson's TRO allegation of harassment against G. by agreement         |
| 21  |      | (see *Peterson v. Golden No. AH13-54*). At time of allegation, US DOL had not responded to G.'s      |
| 22  |      | OSHA complaint. When US DOL did finally respond, Osborne excluded himself from the                   |
| 23  |      | proceedings saying it was a "separate case". As for the TRO matter. Osborne advised G. to            |
| 24  |      | forego trial and settle with an "ostensible acquittal" due to problems with the third party          |
| 25  |      | locksmith witness whom Osborne regarded to G. as unreliable. G. was unable to recover attorney       |
| 26  |      | fees in the matter.                                                                                  |
| 27  | 3.11 | On 8/13/13, Dana Delue. settled G.'s OSHA complaint for $70,000. This amount was                      |
| 28  |      | significantly larger than Delue recommended prior to mediation. Delue advised G. to forego trial     |
| 29  |      | due to his *significant mental disability*. Delue did not subpoenae or depose any witnesses in G.'s  |
| 30  |      | defense. Delue advised G. that he had no case at all as there was no safety issues because           |
| 31  |      | WSDOT had said so. Delue advised G. that his best course of action was to drop all pending bar       |
| 32  |      | complaints that he had made. G. was unable to recover attorney fees and he incurred tax liability    |
| 33  |      | in the matter.                                                                                       |
| 34  | 3.12 | On 9/4/14, Steve Rogers (WSF) was reprimanded by Lynn Peterson with collaborating testimony          |

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



|   |   |   |
|---|---|---|
| 1 |        | from Scott Nicholson (now serving as labor manager for Jay Inslee). G. contacted Delue about |
| 2 |        | the matter who advised no action. |
| 3 |        | |
| 4 | 3.13 | On 3/23/15, Bridge 08557500 (substance of G.'s original OSHA complaint), was found to be |
| 5 |        | under contract replacement. Plaintiff G. learnt of this whilst travelling to Pioneer Square in south |
| 6 |        | Seattle (to speak to property owners experiencing building damage resulting from WSDOT's |
| 7 |        | construction activities). G. was told by WSDOT that there were no safety concerns with this |
| 8 |        | bridge at the time of the OSHA settlement (see Paragraph 3.11). |
| 9 | 3.14 | In April of 2015, Bridge #410'101 (SID 0003523A) was damaged by an over-height load. |
| 10 |        | WSDOT wrongly identified this bridge as being correctly posted to media sources. |
| 11 | 3.15 | On 7/15/15, Jay Inslee, signed into law a $16.1 billion gas tax. |
| 12 |        | |
| 13 | 3.16 | On 5/31/16, Delue sent G. a *cease and desist order* (via court representative). |
| 14 | 3.17 | On 10/4/16, G. filed a tort claim against the state of Washington for $16,000,000,000.00 in actual |
| 15 |        | damages. This claim was denied. |
| 16 | 3.18 | On 10/9/16, ATG reached a $50,000,000.00 settlement with plaintiffs in the Oso slide tort after |
| 17 |        | plaintiff's attorney made averments of fraud. |
| 18 | 3.19 | On 10/31/16, G. amended his tort claim to show demonstrable proof of criminal action (malice) |
| 19 |        | in the Oso slide case against ATG. G. was unable to prove criminal action at the time of OSHA |
| 20 |        | settlement due to the meddling actions of Petrich, Osborne, and Delue. This claim was denied. |
| 21 |        | |
| 22 | 3.20 | Hon. Carol Murphy is Presiding Judge in the Thurston Sup. Ct. and associated with the state |
| 23 |        | ATG's office. Mrs. Murphy is married to Mike Sellars[2], who is employed by the Public |
| 24 |        | Employment Relations Commission (PERC), "the independent state agency for resolving labor |
| 25 |        | disputes".[3] |
| 26 | 3.21 | On or about 11/4/2016, Hon. Carol Murphy issued judgment in case *Seattle Tunnel Partners v.* |
| 27 |        | *State* in favor of state denying damages for "Bertha" tunnel boring machine (TBM). |
| 28 | 3.22 | Hon. Carol Murphy also issued judgment in civil case *Freedom Foundation v. Gregoire* |
| 29 |        | (executive privelege "Bertha" records) in favor of Gregoire in 2011. |
| 30 |        | |
| 31 | 3.23 | Jenny Durkan, served as US Attorney for western Washington from the time of G.'s original |

---

[2] http://votingforjudges.org/08pri/div2/thur/thur3cm.html

[3] http://perc.wa.gov/executive-director-2/

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

COMPLAINT FOR DAMAGES – 5

1    OSHA complaint and up until that time of final settlement.[4]  She was appointed to this post by

2    Barack Obama.  Durkan also serves(d) as personal attorney to Gregoire.  Durkan is, by self

3    admission, "not just respected for obtaining favorable verdicts and multi-million dollar

4    settlements, but also for her ability to resolve sensitive cases discretely".[5]  Plaintiff was unaware

5    of all facts contained in paragraph herein at time of OSHA settlement.

6

7    3.24    On 11/8/16, Pat McCarthy was elected state auditor.  Gregoire and Dow Constantine worked on

8            her campaign.  All three were supporters of the ST3 tax levy - a $54 billion property tax increase

9            for Seattle residents that passed by popular vote on that same day.

10   3.25    Members of the Sound Transit (ST) expert review panel (ERP) are selected cooperatively by the

11           chairs of the state senate and house transportation committees (WSTC), the secretary of

12           transportation, and the governor.  The ERP makes significant recommendations to the legislature

13           on construction projects.

14   3.26    On 11/14/16, G. filed an amended tort claim against the state of Washington for

15           $70,000,000,000.00 in compounded actual damages for the gas tax and ST3 levy.  This claim was

16           denied by ATG.

17

18   3.27    Jay Inslee (WA governor), Cylvia Hayes (fiance of John Kitzhaber – OR governor), Jerry Brown

19           (CA governor), Barack Obama (POTUS), and the Podestas are all associates of Tom Steyer.

20

21   3.28    In early 2013, G. contacted KOMO news reporter Tracy Vedder after seeing Vedder's "Under the

22           Bridge" special regarding government corruption on the WSDOT 520 "mega"project.  This

23           special began airing in late 2012.

24   3.29    On 4/12/13, Sinclair Broadcast (SBGI) announced plans to acquire Fisher Communications "to

25           bring stability and resources to KOMO TV".

26   3.30    On August 8th, 2013, SBGI followed through with the deal and acquired Fisher Communications.

27   3.31    KOMO employees Tracy Vedder, Kelley Just, and Jon Humbert (KOMO PROBLEM

28           SOLVERS) were terminated in January of 2017.

29

30   3.32    On 5/19/17, Hon. Andrus dismissed this original action (with prejudice as to defendant WSBA)

31           after G. proved leading organized crime (and RPC violations) against certain defendants.  Andrus

---

[4] https://en.wikipedia.org/wiki/Jenny_Durkan

[5] http://www.jennydurkan.com/firm-profile

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



1   then awarded damages to Delue/ Petrich/ Osborne after G. proved he had no liability in the

2   matter.[6]

3

4   3.33   On 7/12/17, G. proved leading organized crime again by intervening in the Skagit Bridge collapse

5        lawsuit (No. 76310-5 State Court of Appeals).

6   3.34   On 7/20/17, G. proved leading organized crime again by intervening in the WSDOT/ Bertha

7        ground settlement lawsuit (No. 16-2-26961 KCSC). In this case, Hon. Jim Rogers excluded G.

8        from the proceedings stating, "It would prejudice the existing parties to this action".

9   3.35   On 9/22/17, G. proved leading organized crime again by intervening in the AP Public Records

10       Act lawsuit (No. 17-2-04986-34 TCSC).

11

12  **IV.    FIRST CAUSE OF ACTION:**

13  (as to defendants OIG, US DOL, US DOJ, Delue, Durkan, Obama, Osborne, Petrich, and WA State

14  Legislature)

15  LEADING ORGANIZED CRIME/ BREACH OF FIDUCIARY DUTY/ MALICOUS PROSECUTION/

16  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS/ BREACH OF CONTRACT/ MONEY

17  LAUNDERING/ CONSPIRACY/ FRAUD/ ABUSE OF PROCESS

18

19  4.1    Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and

20        allegation contained in the preceding paragraphs.

21  4.2    G. defended allegation of harassment in April, 2013 (see *Peterson v. Golden*) which resulted in

22        the "ostensible acquittal" condition already established in paragraph 3.10. Again, defendant

23        Osborne (under supervision of Petrich): (1) did not subpoena or depose any witness testimony

24        (except the locksmith whom he regarded to plaintiff G. as unreliable and whom did not testify),

25        (2) did not advise G. of any associations he had which may have been detrimental to G., (3)

26        advised G. that he had no case, (4) refused to file documents in G.'s defense, and (5) advised G.

27        to forego trial.

28  4.3    G. brought his own allegations of harassment against defendant WSDOT in March, 2013 (see

29        *Golden v. WSDOT*). This effort resulted ultimately in a favorable settlement by defendant Delue.

30        However, Delue: (1) advised G. to forego trial, (2) advised G. that he had no case, (3) advised G.

31        to settle for less, (4) failed to subpoena or depose any witness testimony in G.'s defense, (5) failed

32        to warn of the severity of the collateral action clause contained in 6 US §1142 4 B, and the

---

[6] Washington Handbook on Civil Procedure. Karl B. Tegland and Douglas J. Ende. 2016-2017 Edition. Page 265.

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

B7

1   gravity thereof.   Lastly, Delue ordered G. to: (6) drop all active or pending bar complaints and
2   (7) drop all FOIA request he had made.
3   4.4   As a direct and proximate cause of defendants' combined negligence and criminal action,
4   (co)defendants were able to pass a $16.1 billion gas tax followed by a $54 billion property tax
5   upon the citizens of Washington.   These bonds are subject to forfeiture due to the fraudulent
6   conditions of their procurance under RCW 9A.60.030 and RCW 9A.82.100(4)(f).
7
8   **V.   SECOND CAUSE OF ACTION:**
9   (as to defendants Delue, Durkan, Gregoire, Osborne, Petrich, and Brandt)
10  LEADING ORGANIZED CRIME/ABUSE OF PROCESS/ CONSPIRACY/ MONEY LAUNDERING/
11  FRAUD/ MALICIOUS PROSECUTION
12
13  5.1   Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and
14  allegation contained in the preceding paragraphs.
15  5.2   G. was unable to find competent representation by any member of WSBA.   G. was abandoned by
16  his first attorney.   She referred plaintiff to Brandt whom she classified as "a good attorney".
17  Brandt betrayed case information (see TRO) either prior or just after G.'s consult visit.   Durkan
18  serves(d) as personal counsel to Gregoire.
19  5.3   Durkan was US Attorney for US DOJ at the time of G.'s OIG complaint.   Durkan's relationship
20  with Gregoire and her penchant for "resolving sensitive cases discretely" was damaging to G.
21  5.4   As a direct and proximate cause of defendants' combined actions, (co)defendants passed the taxes
22  mentioned in paragraph 4.4.   These bonds are subject to forfeiture due to the fraudulent conditions
23  of their procurance under RCW 9A.60.030 and RCW 9A.82.100(4)(f).
24
25  **VI.   THIRD CAUSE OF ACTION:**
26  (as to defendants WSDOT, SAO, OIG, ATG, Ferguson, Delue, Hammond, Inslee, Peterson, Nicholson,
27  and Harrison)
28  LEADING ORGANIZED CRIME/ABUSE OF PROCESS/MALICOUS PROSECUTION/
29  CONSPIRACY/ MONEY LAUNDERING/ INTENTIONAL INFLICTION OF EMOTIONAL
30  DISTRESS/ FRAUD/ BREACH OF CONTRACT
31
32  6.1   Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and
33  allegation contained in the preceding paragraphs.
34  6.2   G. did advise Delue, both prior and subsequent to OSHA mediation, that he was under duress.

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

B8

| | | |
|---|---|---|
| 1 | | Despite this, Delue advised G. that his condition was due to general anxiety disorder (GAD), a |
| 2 | | *significant mental disability* that his psychologist had diagnosed him with. According to Delue, |
| 3 | | this condition barred G. from standing trial. |
| 4 | 6.3 | G. was unable to learn jurisprudence prior to OSHA mediation. G. was repeatedly disciplined for |
| 5 | | taking leave from work by Harrison and WSDOT to work on his case. As such, he had to rely, to |
| 6 | | his detriment, on the advice of Delue. Delue advised G. that the true value of his complaint was |
| 7 | | $50,000. G. vehemently disagreed, but at mediation, he bizarrely watched Harrison converge |
| 8 | | on this same number, and not without significant effort from Delue. After this number came, and |
| 9 | | G. still did refuse it, state finally did offer $70,000 as a last number. At this time, and, "in |
| 10 | | confidence", Delue told G. that if he did not agree, he would get nothing as G. had no case. |
| 11 | 6.4 | After this day of mediation, but prior to final signature of the stipulated $70,000 contract, G. told |
| 12 | | Delue that he would not sign the OSHA agreement. In response, Delue told G. that he had no |
| 13 | | recourse, as he would be sued as well if he did not, implying further legal action against G. |
| 14 | 6.5 | As such, and in broad hindsight, G. can only conclude that all parties in this cause of action had |
| 15 | | separate agreement prior to mediation unbeknownst to G., and that the amount reached was not |
| 16 | | due to profound knowledge of law as Delue professed. |
| 17 | 6.6 | This separate agreement was damaging to the interests of G. |
| 18 | 6.7 | As a direct and proximate cause of defendants' actions, (co)defendants passed the taxes |
| 19 | | mentioned in paragraph 4.4. These bonds are subject to forfeiture due to the fraudulent |
| 20 | | conditions of their procurance under RCW 9A.60.030 and 9A.82.100(4)(f). |
| 21 | | |
| 22 | **VII.** | **FOURTH CAUSE OF ACTION:** |
| 23 | | (as to defendants Murphy, Gregoire, Inslee, and Thurston Co. Sup. Ct., ATG, WSDOT, Democratic |
| 24 | | Party, and WA State Legislature) |
| 25 | | LEADING ORGANIZED CRIME/ BRIBERY/ MONEY LAUNDERING/ ABUSE OF PROCESS/ |
| 26 | | FRAUD/ CONSPIRACY/ TRADING IN PUBLIC OFFICE |
| 27 | | |
| 28 | 7.1 | Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and |
| 29 | | allegation contained in the preceding paragraphs. |
| 30 | 7.2 | STP filed case *STP v. State* in Thurston Co. Sup. Ct. where Hon. Carol Murphy presides. |
| 31 | 7.3 | Murphy is associated with ATG and the unions through her husband, Mike Sellars. |
| 32 | 7.4 | Murphy decided case *Freedom Foundation v. Gregoire* in favor of Gregoire regarding "Bertha" |
| 33 | | records. |
| 34 | 7.5 | Immediate decision of *STP v State* subsequent to G. proving malice against ATG establishes a |

COMPLAINT FOR DAMAGES – 9

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

*39*

1    pattern of corrupt intent.

2    7.6    These actions are available to prosecution under RCW 9A.28.040, RCW 9A.68.010, RCW

3          9A.83.020, and 9A.82.100.

4

5 **VIII.    FIFTH CAUSE OF ACTION:**

6    (as to defendants Inslee, King Co. Sup. Ct., Andrus, Democratic Party, and WA State Legislature)

7    LEADING ORGANIZED CRIME /BRIBERY/ MONEY LAUNDERING/ INTENTIONAL

8    INFLICTION OF EMOTIONAL DISTRESS/ ABUSE OF PROCESS/ FRAUD/ CONSPIRACY/

9    MALICIOUS PROSECUTION/ TRADING IN PUBLIC OFFICE

10

11    8.1    Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and

12          allegation contained in the preceding paragraphs.

13    8.2    G. requested transfer of his case to a sovereign nation prior to the May 19th, 2017 hearing

14          scheduled by defendants. G. also asked for permission to amend his plea prior to the May 19th

15          hearing.

16    8.3    Hon. Andrus denied all of G.'s motions although CR 15(a)(2) states "the court should freely give

17          leave when justice so requires". Hon. Andrus then issued judgment against G. awarding damages

18          to Delue/ Petrich/ Osborne after leading organized crime (and RPC violations - as

19          Ferring/Delue's role as house counsel for AGC) had already been proven. Hon. Andrus also

20          dismissed G.'s complaint with prejudice in regards to the corrupt organization WSBA.

21    8.4    Hon. Andrus' actions in this suit (and others) are suggestive of a *supervisory* role in the money

22          laundering conspiracy. Sufficient evidence was provided prior to the May 19th hearing to begin *in*

23          *Rem* proceedings to preserve G.'s bona fide interests of the laundered $70 billion (see paragraph

24          8.3). Instead, Hon. Andrus allowed defendants to go on a spending spree.

25    8.5    These actions are available to prosecution under RCW 9A.28.040, RCW 9A.68.010, RCW

26          9A.68.040, RCW 9A.83.020, and 9A.82.100.

27

28 **IX.    SIXTH CAUSE OF ACTION:**

29    (as to defendants Democratic Party, Steyer, Inslee, Obama, and King Co. Sup. Ct.)

30    BRIBERY/ TRADING IN PUBLIC OFFICE/ LEADING ORGANIZED CRIME/ CONSPIRACY/

31    FRAUD/ MONEY LAUNDERING

32

33    9.1    Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, allegation

34          contained in the preceding paragraphs.

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



9.2   Tom Steyer provides significant campaign contributions to Inslee, Obama,and Clinton; either directly or through the "Democratic" party.

9.3   Steyer holds major interests in renewable energy securities.

9.4   "Democratic" candidates Inslee, Clinton, and Obama have taken significant *knowing* action towards the advancement of renewable energies.

9.5   A pattern of corrupt intent has been established (beyond reasonable doub)t in the preceding paragraphs.

9.6   These actions are available to prosecution under RCW 9A.28.040, RCW 9A.68.010, RCW 9A.68.040, and RCW 9A.82.100.

## X.   SEVENTH CAUSE OF ACTION:

(as to defendant Sinclair Broadcasting, Democratic Party, and WA State Legislature)

CONSPIRACY/ LEADING ORGANIZED CRIME/ INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS/ MONEY LAUNDERING/ FRAUD

10.1   Plaintiff G. restates, as though fully set forth herein, each and every claim, assertation, and allegation contained in the preceding paragraphs.

10.2   G. contacted KOMO news reporter Tracy Vedder by email (and alias) in early 2013 after viewing Vedder's KOMO "Under the Bridge" special regarding government corruption on the WSDOT 520 bridge "mega"project.

10.3   Attorneys Delue and Osborne advised G. not to contact any reporters.

10.4   KOMO news was acquired by Sinclair Broadcasting in August of 2013.

10.5   G. kept contact with Vedder until early 2017 when Vedder and PROBLEM SOLVERS were terminated subsequent to notification of G.'s 12/14/16 lawsuit and true identity.

10.6   Acquisition of KOMO and termination of Vedder (and PROBLEM SOLVERS) has served to further the iinterests of the money laundering conspiracy.

10.7   Sinclair Broadcast (SBGI) and all contractual rights obtained are subject to forfeiture under RCW 9A.28.040 and RCW 9A.82.100.

## XI.   RELIEF REQUESTED:

11.1   For declatory relief, to the effect that the settlement between the parties of August 2013 is invalid, and is null and void (as per RCW 9A.82.100(4)(f)).

11.2   Payment of all fees to prosecute defendants and recovery of all attorney fees (as per RCW 9A.82.100(4)(e)).

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

1   11.3   Injunctive relief (as per RCW 9A.82.100(2), (3), and (4)).

2   11.4   Forfeiture of all property (including Sinclair Broadcast (SBGI) as per RCW 9A.82.100(4)(f)).

3   11.5   $16.1 billion in actual damages for the gas tax (as per RCW 9A.82.100(4)(d)).

4   11.6   $54 billion in actual damages for the ST-3 tax (as per RCW 9A.82.100(4)(d)).

5   11.7   Punative damages (as per RCW 9A.82.100(4)(d)).

6   11.8   Criminal penalties (as per RCW 9A.82.100(13)).

7   11.9   For leave to amend this complaint as and when new claims arise.

8   11.10   For such other relief as the Court may deem proper.

9

10   I certify that this document contains **3791** words, in compliance with the Local Civil Rules.

11

12   DATED this ____ day of November, 2017.

13

14

15

16                           David A. Golden

17                           WA Professional Engineer #39855

18                           Pro Se Plaintiff

COMPLAINT FOR DAMAGES – 12

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

B12

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

**US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

ROY COCKRUM, ET AL.,
                    Plaintiff/Petitioner,

    vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,
                    Defendant/Respondent.

NO. 1:17-cv-1370-ESH

**TITLE OF DOCUMENT:**

**EXHIBIT C** – G.'s JURY DEMAND AND CHOICE OF LAW – REFUSING TO SUBMIT TO JURISDICTION AND VENUE AS THE JUDGES IN STATE AND FEDERAL COURTS ARE MOSTLY APPOINTED BY THE CONSPIRACY.

NAME:         David Golden

ADDRESS:      11826 N Mayfair Rd. #28
              Spokane, WA 99218

PHONE:        (360)915-2612

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

DAVID GOLDEN (alias G., JEREMY
THUNDERCLOUD, JOHNY BIGFISH), an individual,

                    Plaintiff,

v.

WASHINGTON STATE DEPT OF
TRANSPORTATION; WASHINGTON STATE
AUDITOR; US OFFICE OF THE INSPECTOR
GENERAL;US DEPT OF LABOR; US DEPT OF
JUSTICE; WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE; BOB FERGUSON, individually
and the marital community composed thereof; DANA
DELUE, individually and the marital community
composed thereof; JENNY DURKAN, individually and
the marital community composed thereof; BARACK
OBAMA, individually and the marital community
composed thereof; CHRISTINE GREGOIRE,
individually and the marital community composed
thereof; PAULA HAMMOND, individually and the
marital community composed thereof; JAY INSLEE,
individually and the marital community composed
thereof; LYNN PETERSON, individually and the
marital community composed thereof; TREVOR
OSBORNE, individually and the marital community
composed thereof; PETER PETRICH, individually and
the marital community composed thereof; THURSTON
CO. SUPERIOR CT.; HON. CAROL MURPHY,
individually and the marital community composed
thereof; SHELLEY BRANDT, individually and the
marital community composed thereof; SCOTT
NICHOLSON, individually and the marital community
composed thereof; TODD HARRISON, individually and
the marital community composed thereof; TOM
STEYER, individually and the marital community
composed thereof; THE DEMOCRATIC PARTY,
SINCLAIR BROADCAST, BETH ANDRUS,
individually and the marital community composed
thereof; KING CO. SUPERIOR COURT,
WASHINGTON STATE LEGISLATURE,

                    Defendants.

NO:   2:17-cv-001877-RSL

G.'s JURY DEMAND AND
CHOICE OF LAW

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612

C1

## 1.    INTRODUCTION

Without surrendering right to challenge jurisdiction or venue, Plaintiff David Golden (herewith referred to as G.) challenges the entire answer of defendants and demands a jury of twelve (if not 7 million Washingtonians – see below).

## 2.    CHOICE OF LAW

Federal law does not take precedence over state law when the statutes harmonize and do not conflict (see *Harris v. Labor & Industries* 120 Wn. 2d 461).  G. chooses state law as he is more familiar with the state rules of civil procedure.  As mentioned in G.'s 12/21/17 brief to strike Delue's hearing, G. reserves the right to bring federal action at a later date (there is no statute of limitations on tax fraud — see ATG statement "when powerful interests don't play by the rules, we hold them accountable"). [1] Defendants removed this action from the state courts as they see a clear and present danger in G.'s claim. Once again, G. is heavily prejudiced by the oppressive actions of defendants.

## 3.    LEGAL AUTHORITY

RCW 9A.82.100 provides the authority G. needs to prosecute defendants and has jurisdiction on all by the Long Arm Statute.  G. brought action early this year (action is usually brought just before legislative session) because he saw House Judiciary Leader Laurie Jenkins angling to change the afore-mentioned statute during the coming 2018 session.

## 4.    JURY DEMAND

G. does not submit to jurisdiction or venue but demands a jury of twelve (if not 7 million Washingtonians) to hear his claim (see similar case Trump v. ATG where G. moved to intervene and was denied that right by this court - NO. 2:17-cv-00141-JLR and the corrupt ATG was given a nationwide audience).

## 5.    JOINDER

G. demands non-discretionary joinder of plaintiffs in Thurston County Superior Ct. Case No. 17-2-04986-34 (AP, et al. v. WALeg) to this claim as per CR 19 (G.'s appeal in this action is currently pending before the State Supreme Ct.).  G. also requests non-discretionary joinder of plaintiffs Tracy Vedder, Steve Rodgers, and Cameo Garrett.  Vedder currently has separate action pending against defendant Sinclair Broadcast (see KCSC case No. 17-2-23111-8).  If Case 17-2-04986-34 plaintiffs refuse

[1] http://www.columbian.com/news/2016/jul/14/supreme-court-says-state-not-bound-by-statute-of-limitations/

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612

joinder as plaintiff in this action, G. can bring them in as defendants.

## 6.   EVIDENCE RELIED UPON

**Exhibit H,** Declaration of Cameo Garrett, as found on the internet. G. declares that he does not know Cameo Garrett nor has he ever met her. G. declares also that he has never met Jenny Durkan. However, Ms. Garrett claims first-hand knowledge of the unlawful oppressive acts of Defendants Durkan and Obama.[2]

**Exhibit I,** repeated attempts of process service on Defendant Obama by G.'s process server. Theses service attempts were denied by Obama's thugs proving yet once again that certain defendants are above the law (despite numerous claims to the contrary by ATG).

**Exhibits J,** accelerated money laundering on the ST-3 project of $90 million for Sound Transit Headquarters and developers as state defendants know G. is onto them.

**Exhibit K,** similar Jenny Durkan accelerated money laundering of $100 million in taxpayer funds (with no performance measure) for Seattle area homeless. Durkan has also made attempts to "expedite" light rail construction with her coconspirators.

Jenny Durkan's 12/19/17 statement to Mayoral cabinet members[3]:

> Harassment is an issue that we know has been prevalent in every kind of work situation. As a gay woman coming up in my profession, I have experienced disparate treatment many times, and I know a number of City employees have suffered discrimination and harassment, including sexual harassment, in the workplace. A work environment where employees experience harassment on any basis is antithetical to our City's commitment to our goals of workforce equity and race and social justice.

This statement reminds G. of the time Troy Kelley taught transparency classes just before his first federal indictment for fraud and money laundering. G. is the one who has suffered harassment, not Durkan or her pernicious codefendants.

## 7.   CONCLUSION

When Donald Trump (DJT) took over the office of President (POTUS), Loretta Lynch served as US Attorney General (US ATG) for the "Justice" Department. Ms. Lynch was dismissed on January 20th of 2017 by DJT for her botched handling of the HRC e-mail scandal. Sally Yates took over as US ATG on January 20th. On January 30th of 2017, Ms. Yates was summarily dismissed by DJT for her role in

---

[2] Larry Sinclair has provided testimony on similar promiscuous behavior by President Obama at the National Press Club.
[3] https:www.thestranger.com/slog/2017/12/21/25643942/mayor-durkan-tells-cabinet-she-wants-to-tackle-sexual-harassment-in-the-new-year

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612



refusing to enforce the DJT executive immigration ban.

These events occurred not long after SNOWDEN was investigated for "treason". When G. attended WSU (many years ago), State forced G. to reside with Peter Abramov from Yakutz, Russia. G. had many roommates during his college years. Abramov was not the worst of these. Currently, G. has a greater concern for the Chinese than the Russians. This concern is well founded in fact because "Democratic" governor Jay Inslee raised the Chinese flag above the American flag during President Xi's 2015 visit. This is extremely alarming to G. because raising and lowering the flag appears to be the only independent decision that Jay Inslee is allowed to make.

It will be interesting to see the evidence brought out by special investigator Mueller. G. has now studied the conspiracy longer than ATG/ Mueller has studied DJT. It is interesting to note that the charges that Trump faces are similar to the charges brought by G. against ATG and that G. brought his charges first.

In closing, it is important to remember that one can learn from the important lesson taught by the termination of US Attorney Sally Yates, which of course is this: if one does not care to enforce the law, one is free to resign the position.

12/23/17

David Golden
Pro Se Plaintiff
11826 N Mayfair #28
Spokane, WA 99218

C4

1

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

2

3

4
5
## US DISTRICT COURT FOR THE DISTRICT OF COLUMIBIA

6

ROY COCKRUM, ET AL.,

7
Plaintiff/Petitioner,

vs.

8
DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,

NO. 1:17-cv-1370-ESH

9
Defendant/Respondent.

10

11

12
### TITLE OF DOCUMENT:

13

**EXHIBIT D** — G.'s PROOF OF SERVICE ON SINCLAIR BROADCAST WHICH G.
14
ALSO NOTIFIED THE COURT ON 1/26/18 (PRIOR TO DISMISSAL)
THAT HE HAD ORDERED.

15

16

17

18

19

20

21
NAME:          David Golden

22
ADDRESS:       11826 N Mayfair Rd. #28
               Spokane, WA 99218

23

PHONE:         (360)915-2612

24

25

26

27

28

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

**DAVID GOLDEN (ALIAS G., JEREMY THUNDERCLOUD, JOHNY BIGFISH), AN INDIVIDUAL**

Plaintiff/Petitioner

vs.

**WASHINGTON STATE DEPT OF TRANSPORTATION; ET AL.**

Defendant/Respondent

Cause No.:    **17-2-30664-9 SEA**

Hearing Date:    **11/26/2018**

AFFIDAVIT OF SERVICE OF

**SUMMONS; COMPLAINT FOR DAMAGES AND OTHER RELIEF (COMPLAINT REVISED TO ADD SOUND TRANSIT AS DEFENDANT TO COUNTS 1-3 AND WSDOT AS DEFENDANT TO COUNTS 1, 2, AND 7); ORDER SETTING CIVIL CASE SCHEDULE; CASE INFORMATION COVER SHEET AND AREA DESIGNATION**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of January, 2018 at 2:53 PM** at the address of **2405 YORK ROAD SUITE 201, LUTHERVILLE TIMONIUM, Baltimore County, MD 21093-2264**; this declarant served the above described documents upon **SINCLAIR BROADCAST c/o THE CORPORATION TRUST, INCORPORATED, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **THE CORPORATION TRUST, INCORPORATED, REGISTERED AGENT, Who accepted service, with identity confirmed by subject stating their name, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 120-140 lbs with black hair.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 2

For: David A. Golden
Ref #: **17-2-30664-9**

Tracking #: **0021463514**



| PLAINTIFF/PETITIONER:  DAVID GOLDEN (ALIAS G., JEREMY THUNDERCLOUD, JOHNY BIGFISH), AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  WASHINGTON STATE DEPT OF TRANSPORTATION; ET AL. | 17-2-30664-9 SEA |

Service Fee Total: **$0.00**

DATED this 27 day of JANUARY, 20 18

X _____

**Carmen Thanner**

Subscribed and Sworn to before me this 27 day of January, 20 18

_Sherry Kouneski_

NOTARY PUBLIC in and for the State of **Maryland**

Residing at: _Baltimore_

My commission expires _May 29, 2020_

SHERRY L KOUNESKI
COMMISSION EXPIRES
MAY 29 2020
HARFORD COUNTY, MD.
NOTARY PUBLIC

**ORIGINAL PROOF OF SERVICE**

PAGE 2 OF 2



For: **David A. Golden**
Ref #: **17-2-30664-9**

Tracking #: **0021463514**



D2

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

Plaintiff/Petitioner,

vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,

Defendant/Respondent.

NO. 1:17-cv-1370-ESH

### TITLE OF DOCUMENT:

**EXHIBIT E** – G.'s PROOF OF SERVICE ON "DEMOCRATIC" PARTY CO-OWNER TOM STEYER ON 1/23/18 WHICH G. ALSO NOTIFIED THE COURT ON 1/26/18 (PRIOR TO DISMISSAL BY HON. LASNIK) THAT HE HAD ORDERED.

NAME:        David Golden

ADDRESS:     11826 N Mayfair Rd. #28
             Spokane, WA 99218

PHONE:       (360)915-2612

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| DAVID GOLDEN (ALIAS G., JEREMY THUNDERCLOUD, JOHNY BIGFISH), AN INDIVIDUAL | Cause No.:    17-2-30664-9 SEA<br>Hearing Date:   11/26/2018 |
| Plaintiff/Petitioner<br><br>vs.<br><br>WASHINGTON STATE DEPT OF TRANSPORTATION; ET AL.<br><br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF<br>SUMMONS; COMPLAINT FOR DAMAGES AND OTHER RELIEF (COMPLAINT REVISED TO ADD SOUND TRANSIT AS DEFENDANT TO COUNTS 1-3 AND WSDOT AS DEFENDANT TO COUNTS 1, 2, AND 7); ORDER SETTING CIVIL CASE SCHEDULE; CASE INFORMATION COVER SHEET AND AREA DESIGNATION |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of January, 2018** at **11:18 AM** at the address of **111 SUTTER STREET 10TH FLOOR, SAN FRANCISCO, San Francisco County, CA 94104**; this declarant served the above described documents upon **TOM STEYER** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jane Doe, FRONT DESK LADY , PERSON IN CHARGE, who accepted service, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with black hair with piercings.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.



**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **David A. Golden**
Ref #: **17-2-30664-9**

Tracking #: **0021461276**



| PLAINTIFF/PETITIONER: DAVID GOLDEN (ALIAS G., JEREMY THUNDERCLOUD, JOHNY BIGFISH), AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: WASHINGTON STATE DEPT OF TRANSPORTATION; ET AL. | 17-2-30664-9 SEA |

Service Fee Total: **$125.00**

DATED this _1_ day of _FEB_ , 20 _18_

**Shabbir Mughal, Reg. # 1002, State of Califronia**

Subscribed and Sworn to before me this _1st_ day of _February_ , 20 _18_

NOTARY PUBLIC in and for the State of **California**

Residing at: _Contra Costa CA, Pinole_

My commission expires _04 / 04 / 2020_



MYESHIA ADAMS
COMM. # 2150330
NOTARY PUBLIC • CALIFORNIA
CONTRA COSTA COUNTY
Commission Expires APR 24, 2020

**ORIGINAL PROOF OF SERVICE**

PAGE 2 OF 2



For: **David A. Golden**
Ref #: 17-2-30664-9

Tracking #: 0021461275



EZ

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

                   Plaintiff/Petitioner,

    vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET
AL.,

              Defendant/Respondent.

NO. 1:17-cv-1370-ESH

### TITLE OF DOCUMENT:

**EXHIBIT F** – DEFENDANT TOM STEYER'S WITHDRAWAL OF FUNDING FROM THE "DEMOCRATIC" PARTY FOR SEPARATE REASONS.

NAME:         David Golden

ADDRESS:     11826 N Mayfair Rd. #28
                      Spokane, WA 99218

PHONE:        (360)915-2612

http://www.newsweek.com/impeach-trump-tom-steyer-democrats-791050

# IMPEACH TRUMP CAMPAIGN LEADER TOM STEYER WON'T FUND DEM GROUPS FOLLOWING IMMIGRATION COMPROMISE

BY **SAM SCHWARZ** ON 1/25/18 AT 12:39 PM

SHARE
**U.S.**TOM STEYERIMPEACH TRUMPDONALD TRUMPGOVERNMENT SHUTDOWN

Billionaire hedge fund manager and leader of the "Need to Impeach" campaign to impeach President Donald Trump said Wednesday that he would not donate any money to the three main campaign arms of the Democratic Party following the decision by Senate Democrats to compromise on a deal to reopen the government.

Steyer told *Fortune* magazine that he would not be giving any money to the Democratic National Committee, the Democratic Senatorial Campaign Committee or the Democratic Congressional Campaign Committee.
"I don't have a litmus test on any one thing, but I do have a litmus test for elected officials standing on principle and doing the right thing, looked at holistically," he said in the interview. "And I want to say that after the DACA vote I have decided not to give anything to the national party committees."

# Keep Up With This Story And More By Subscribing Now

Steyer runs his political operations through NextGen America, which "acts politically to prevent climate disaster, promote prosperity, and protect the fundamental rights of every American," according to the organization's website. The billionaire has been the mastermind behind a television ad campaign imploring Americans to sign a petition calling on members of Congress to impeach the president. The online petition has more than 4 million signatures thus far.



According to *Fortune*, Steyer has contributed more than $400,000 to the three Democratic organizations since 2015 and gave money as recently as September 2017. Earlier this month, Steyer ruled out a 2018 run for both governor and senator in his home state of California, but told <u>*The Washington Post*</u> that he planned to spend $30 million in 2018 to create NextGen Rising, a campaign to turn out millennial voters.

In his Wednesday interview, Steyer said that the work his organization is doing is more reliable than what party leaders might do with his donations.

"At this point what we've seen from the party committees is we are at a point where we can definitely stand up for what we think is right more directly by the programs that we're doing," he said.

Steyer's decision serves as part of a larger backlash Democrats are facing this week after agreeing to reopen the government Monday without a deal to extend DACA, the Deferred Action for Childhood Arrivals program, which allows undocumented immigrants brought to America as children to register with the government and remain in the country.

Republican Senate Majority Leader Mitch McConnell promised that legislation would be considered in the Senate, but did not commit to passing anything. Similarly, House Republicans have remained steadfast in their commitment to more conservative immigration legislation focused on border security.

**REQUEST REPRINT** OR **SUBMIT CORRECTION**



☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

                      Plaintiff/Petitioner,

    vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,

                Defendant/Respondent.

NO. 1:17-cv-1370-ESH

### TITLE OF DOCUMENT:

**EXHIBIT G** – HON. ROBERT LASNIK'S (US DISTRICT CT. OF WESTERN WA) DISMISSAL OF CORRUPT FEDERAL DEFENDANTS AND SINCLAIR BROADCAST AFTER ALL PROOF OF FACTS HAD BEEN MADE IN A CROSS MOTION FOR SUMMARY JUDGMT THE DAY BEFORE THE HEARING.

NAME:          David Golden

ADDRESS:    11826 N Mayfair Rd. #28
                    Spokane, WA 99218

PHONE:       (360)915-2612

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDEN, (alias G. JEREMY THUNDERCLOUD, JOHNY BIGFISH), an individual, | Case No. C17-1877RSL |
| Plaintiff, | ORDER GRANTING THE FEDERAL DEFENDANTS' MOTION TO DISMISS |
| v. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. | |

This matter comes before the Court on a motion to dismiss filed by the United States
Office of the Inspector General, the United States Department of Labor, the United States
Department of Justice, Jenny Durkan (acting in her official capacity as the U.S. Attorney for the
Western District of Washington), and Barack Obama (acting in his official capacity as President
of the United States), hereinafter, "the federal defendants." Dkt. # 4. This matter was removed
from state court, where plaintiff filed this lawsuit against dozens of state and federal defendants.
See Dkt. # 1. Plaintiff alleges that he made a complaint regarding faulty bridge inspections to the
Washington State Auditor's Office in late 2012 and that the complaint was not investigated. He
also references a number of current events, public figures, and incidents that seemingly have no
connection to each other or to his whistleblower complaint. Plaintiff then lists causes of action
against the federal defendants including leading organized crime, breach of fiduciary duty,

ORDER GRANTING THE FEDERAL
DEFENDANTS' MOTION TO DISMISS - 1

61

1   malicious prosecution, intentional infliction of emotional distress, breach of contract, money

2   laundering, conspiracy, fraud, and abuse of process. Based on these allegations, he seeks the

3   forfeiture of more than $70 billion flowing from certain state tax measures.

4       A district court must dismiss a claim if it "fail[s] to state a claim upon which relief can be

5   granted." Fed. R. Civ. P. 12(b)(6). "To survive a motion to dismiss, a complaint must contain

6   sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'"

7   Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544,

8   570 (2007)). A claim is facially plausible "when the plaintiff pleads factual content that allows

9   the court to draw the reasonable inference that the defendant is liable for the misconduct

10  alleged." Id. All well-pleaded allegations are presumed to be true, with all reasonable inferences

11  drawn in favor of the non-moving party. In re Fitness Holdings Int'l, Inc., 714 F.3d 1141, 1144-

12  45 (9th Cir. 2013). Nevertheless, "[t]hreadbare recitals of the elements of a cause of action,

13  supported by mere conclusory statements, do not suffice." Iqbal, 556 U.S. at 678. If the

14  complaint fails to state a cognizable legal theory or fails to provide sufficient facts to support a

15  claim, dismissal is appropriate. Shroyer v. New Cingular Wireless Servs., Inc., 622 F.3d 1035,

16  1041 (9th Cir. 2010).

17      The federal defendants correctly argue that plaintiff's complaint does not give fair notice

18  of the claims against them or allege facts which could give rise to a plausible inference that

19  these defendants could be held liable in this action. The sum total of plaintiff's allegations

20  against these defendants is that:

21      • the Office of Inspector General declined to investigate a complaint plaintiff filed and

22  failed to interview him regarding the collapse of a bridge on I-5;

23      • the Department of Labor responded to a harassment complaint plaintiff filed against the

24  Washington State Department of Transportation and failed to interview him regarding the

25  collapse of the I-5 bridge;

26      • the Department of Justice was Ms. Durkan's employer at the time plaintiff filed his

27  whistleblower complaint and failed to interview him regarding the collapse of the I-5 bridge;

28

ORDER GRANTING THE FEDERAL
DEFENDANTS' MOTION TO DISMISS - 2

62

1    • Ms. Durkan was the U.S. Attorney for the Western District of Washington when

2    plaintiff filed his whistleblower complaint, previously worked for Christine Gregoire, has a

3    "penchant for resolving sensitive cases discretely" (Dkt. # 101 at ¶ 5.3), and failed to interview

4    plaintiff regarding the collapse of the I-5 bridge; and

5        • former President Obama appointed Ms. Durkan as U.S. Attorney for the Western

6    District of Washington and failed to interview plaintiff regarding the collapse of the I-5 bridge.

7    The nature of plaintiff's claims against these defendants cannot be ascertained from the factual

8    allegations, nor could one reasonably infer that the federal defendants could possibly be liable

9    for the relief requested by plaintiff. Plaintiff did not file a response or opposition to the federal

10   defendants' motion to dismiss: he has made no effort to illuminate his claims or to identify

11   additional factual allegations which would make his claims plausible. A review of the

12   documents plaintiff has filed, including his motion to strike and his motion to transfer venue,

13   reveals no additional support for these claims.

14

15        For all of the foregoing reasons, the federal defendants' motion to dismiss (Dkt. # 4) is

16   GRANTED, and the claims asserted against the U.S. Office of the Inspector General, the U.S.

17   Department of Labor, the U.S. Department of Justice, Jenny Durkan, and Barack Obama are

18   DISMISSED.

19

20        Dated this 8th day of February, 2018.

21

22

23        _MW S Lasnik_

24        Robert S. Lasnik
          United States District Judge

25

26

27

28

ORDER GRANTING THE FEDERAL
DEFENDANTS' MOTION TO DISMISS - 3

G3

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  DAVID GOLDEN, (alias G. JEREMY          Case No. C17-1877RSL
   THUNDERCLOUD, JOHNY BIGFISH), an
10 individual,                              ORDER GRANTING
                                            SINCLAIR BROADCAST
11            Plaintiff,                     GROUP'S MOTION TO
                                            DISMISS
12       v.

13 WASHINGTON STATE DEPARTMENT OF
   TRANSPORTATION, et al.,
14
15            Defendants.

16
17       This matter comes before the Court on a "Sinclair Broadcast Group, Inc.'s Motion to
18 Dismiss and for a Pre-Filing Order." Dkt. # 18. This matter was removed from state court, where
19 plaintiff filed this lawsuit against dozens of state and federal defendants. See Dkt. # 1. Plaintiff
20 alleges that he made a complaint regarding faulty bridge inspections to the Washington State
21 Auditor's Office in late 2012 and that Sinclair Broadcast Group ("SBG") acquired another
22 communications company and terminated certain employees, thereby furthering "the []interests
23 of the money laundering conspiracy" and subjecting SBG and all its contractual rights to
24 forfeiture. Dkt. # 1-1 at 13. Plaintiff lists causes of action against this defendant, namely
25 conspiracy, leading organized crime, intentional infliction of emotional distress, money
26 laundering, and fraud.
27
28

ORDER GRANTING SINCLAIR BROADCAST
GROUP'S MOTION TO DISMISS - 1

64

1    A district court must dismiss a claim if it "fail[s] to state a claim upon which relief can be

2  granted." Fed. R. Civ. P. 12(b)(6). "To survive a motion to dismiss, a complaint must contain

3  sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'"

4  Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544,

5  570 (2007)). A claim is facially plausible "when the plaintiff pleads factual content that allows

6  the court to draw the reasonable inference that the defendant is liable for the misconduct

7  alleged." Id. All well-pleaded allegations are presumed to be true, with all reasonable inferences

8  drawn in favor of the non-moving party. In re Fitness Holdings Int'l, Inc., 714 F.3d 1141, 1144-

9  45 (9th Cir. 2013). Nevertheless, "[t]hreadbare recitals of the elements of a cause of action,

10 supported by mere conclusory statements, do not suffice." Iqbal, 556 U.S. at 678. If the

11 complaint fails to state a cognizable legal theory or fails to provide sufficient facts to support a

12 claim, dismissal is appropriate. Shroyer v. New Cingular Wireless Servs., Inc., 622 F.3d 1035,

13 1041 (9th Cir. 2010).

14    SBG seeks dismissal of the claims asserted against it on the grounds that it was not

15 properly served and that plaintiff's complaint does not allege facts which could give rise to a

16 plausible inference that defendant could be held liable in this action. Both grounds have merit.

17 There is no evidence that plaintiff served SBG. Rather, it appears that plaintiff served SBG's

18 subsidiary, Sinclair Broadcasting of Seattle, LLC. With regards to the allegations of the

19 complaint, the sum total of the allegations against SBG is that:

20    • SBG is a large, diversified television broadcasting company that acquired Fisher

21 Communications and KOMO News in August 2013;

22    • in 2012, KOMO News reporter Tracy Vedder began airing a special report regarding

23 government corruption in the SR 520 bridge replacement project;

24    • between 2013 and 2017, plaintiff was in contact with Mr. Vedder;

25    • SBG terminated Vedder's employment in early 2017;

26    • the termination has furthered the interests of a conspiracy; and

27    • SBG failed to interview plaintiff regarding the collapse of the I-5 bridge.

28
ORDER GRANTING SINCLAIR BROADCAST
GROUP'S MOTION TO DISMISS - 2

G5

1   These allegations do not satisfy the elements of any of the claims asserted against SBG, nor

2   could one reasonably infer that SBG and its contracts could possibly be subject to forfeiture.

3   Plaintiff did not file a response or opposition to SBG's motion to dismiss: he has made no effort

4   to prove service or to identify additional factual allegations which would make his claims

5   plausible. A review of the documents plaintiff has filed, including his motion to strike and his

6   motion to transfer venue, reveals no additional support for these claims.

7

8       For all of the foregoing reasons, SBG's motion to dismiss (Dkt. # 18) is GRANTED

9   under both Rule 12(b)(5) and  Rule 12(b)(6). The claims asserted against SBG are DISMISSED.

10  SBG further seeks an order barring plaintiff from filing pro se lawsuits in federal court without

11  prior court review. This is the first time plaintiff has asserted claims against SBG, however, and

12  there is insufficient evidence of abusive litigation initiated by plaintiff. The motion for a pre-

13  filing order is DENIED.

14

15      Dated this 8th day of February, 2018.

16

17

18                              *MMt S Lasnik*
                                Robert S. Lasnik

19                              United States District Judge

20

21

22

23

24

25

26

27

28

ORDER GRANTING SINCLAIR BROADCAST
GROUP'S MOTION TO DISMISS - 3

G6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

DAVID GOLDEN, (alias G. JEREMY
THUNDERCLOUD, JOHNY BIGFISH), an
individual,

Case No. C17-1877RSL

ORDER OF REMAND

11

Plaintiff,

12

v.

13
14

WASHINGTON STATE DEPARTMENT OF
TRANSPORTATION, *et al.*,

15

Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

     This matter comes before the Court sua sponte. The Court recently dismissed all claims against the federal defendants and Sinclair Broadcast Group, Inc. Neither the complaint nor the remainder of the record suggests that there is a federal defendant, a federal claim, or diversity of citizenship between or among the remaining parties. Although the existence of removal jurisdiction is determined at the time of removal (Abada v. Charles Schwab & Co., Inc., 300 F.3d 1112, 1117 (9th Cir. 2002)) and the subsequent narrowing of the parties or issues to exclude all federal interests does not strip the federal court of jurisdiction that was properly exerted at the outset (Harper v. AutoAlliance Int'l, Inc., 392 F.3d 195, 210-11 (6th Cir. 2004)), the Court finds that remand is appropriate in this case. A removal under 28 U.S.C. § 1442 gives rise to ancillary jurisdiction over the non-federal aspects of the case and "confers discretion on the district court to decline to exercise continued jurisdiction over [plaintiff's] claim once [the federal defendant] dropped out of the case." IMFC Prof'l Servs. of Fla., Inc. v. Latin Am. Home

ORDER OF REMAND - 1

*67*

1   <u>Health, Inc.</u>, 676 F.2d 152, 160 (5th Cir. 1982). In addition, "[t]he district court may decline to

2   exercise supplemental jurisdiction over a claim . . . if . . . the district court has dismissed all

3   claims over which it has original jurisdiction." 28 U.S.C. § 1367(c). Given the early elimination

4   of the claims against the federal defendants and the apparent lack of federal claims or diversity

5   jurisdiction following dismissal of Sinclair Broadcast Group, the Court finds that remand of the

6   remaining state law issues is appropriate.

7

8       The Clerk of Court is directed to remand this matter to King County Superior Court.

9

10      Dated this 8th day of February, 2018.

11

12

13                 Robert S. Lasnik

14                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF REMAND  - 2

G8

## Other Orders/Judgments

2:17-cv-01877-RSL Golden v.
Washington State Dept of
Transportation et al

JURYDEMAND

### U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 2/8/2018 at 2:52 PM PST and filed on 2/8/2018
**Case Name:**      Golden v. Washington State Dept of Transportation et al
**Case Number:**    2:17-cv-01877-RSL
**Filer:**
**WARNING: CASE CLOSED on 02/08/2018**
**Document Number:** 58

**Docket Text:**
**ORDER OF REMAND. The Clerk of Court is directed to remand this matter to King
County Superior Court. Signed by Judge Robert S. Lasnik. (SWT) (cc: Plaintiff via USPS)**

**Per LCR 3(h), case will be remanded 14 days from date of this Order, on 2/22/2018.**


**2:17-cv-01877-RSL Notice has been electronically mailed to:**

Jeffrey Paul Downer     jpd@leesmart.com, cxw@leesmart.com

Judith A Endejan     jendejan@gsblaw.com

E. Pennock Gheen     penn.gheen@bullivant.com, deb.messer@bullivant.com

Kevin J Hamilton     KHAMILTON@PERKINSCOIE.COM, CANDERSON@PERKINSCOIE.COM,
cbone@perkinscoie.com, docketsea@perkinscoie.com

Christopher J Marston     cmarston@dpearson.com, ksagawinia@dpearson.com

Priscilla To-Yin Chan     Priscilla.Chan@usdoj.gov, CaseView.ECF@usdoj.gov, ECF-
Civ.USAWAW@usdoj.gov, amy.hanson@usdoj.gov, eli.quintana@usdoj.gov, marciano.quinonez-
cheeks@usdoj.gov

William B. Stafford     WStafford@perkinscoie.com, awells@perkinscoie.com,
docketsea@perkinscoie.com, ksiwiec@perkinscoie.com

*69*

Jana Ranae Hartman    janaf@atg.wa.gov, amandak@atg.wa.gov, katherinek1@atg.wa.gov, tortacef@atg.wa.gov

Allyson K Zerba    allyson.zerba@kingcounty.gov, alindsey@kingcounty.gov, sarah.cranfill@kingcounty.gov

Evelyn E Winters    evelyn.winters@bullivant.com, deb.messer@bullivant.com, leslie.narayan@bullivant.com

Jonathan Joshua Loch    JJL@leesmart.com, drn@leesmart.com

**2:17-cv-01877-RSL Notice will not be electronically mailed to:**

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=2/8/2018] [FileNumber=6980064-0]
[7740f41a74d4fc33b657262d0b0e08bd5ab75aa45e1038b25e31c76c607f85279738
a87ed07a95e8d05c3decf7efebdee9446324217b1e206bc3c3455d210dc7]]

610

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

                    Plaintiff/Petitioner,

     vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,

              Defendant/Respondent.

NO. 1:17-cv-1370-ESH

### TITLE OF DOCUMENT:

**EXHIBIT H** – MOTION TO SHOW CAUSE FOR KING COUNTY SUPERIOR CT. FOR RULEZ VIOLATIONS AND PROOF OF CONSPIRACY.

NAME:        David Golden

ADDRESS:    11826 N Mayfair Rd. #28
                 Spokane, WA 99218

PHONE:      (360)915-2612

Hon. Susan Amini
Order to show cause
Trial date: (at arbitration)

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| Tracy Vedder<br><br>v.<br><br>Sinclair Broadcast | CASE NO. 17-2-23111-8 SEA<br>NOTICE OF COURT DATE (Judges)<br>(NOTICE FOR HEARING)<br>SEATTLE COURTHOUSE ONLY<br>(Clerk's Action Required)  (NTHG) |

TO:       THE CLERK OF THE COURT and to all other parties per list on Page 2:
          PLEASE TAKE NOTICE that an issue of law in this case will be heard on the date below and the Clerk is directed to note
          this issue on the calander checked below.
Calendar Date : _____ Order to show cause is scheduled by the court _____    Day of Week: _____
Nature of Motion: __David Golden's Motion to Intervene__

### CASES ASSIGNED TO INDIVIDUAL JUDGES - SEATTLE
If oral argument on the motion is allowed (LCR 7(b)(2), contact staff of assigned judge to schedule date and time before filing
this notice. **Working Papers:** The judge's name, date and time of hearing must be noted in the upper right corner of the
judge's copy. **Deliver Judge's copies to Judges' Mailroom**
[ X ] Without oral argument (Mon-Fri)          [  ]With oral argument  Date/ Time:
Judge's Name: __Hon. Susan Amini__          Trial Date: _at arbitration_

### CHIEF CRIMINAL DEPARTMENT – SEATTLE (E1201)
[ ] Bond Forfeiture 3:15 pm, 2nd Thursday of each month
[ ] Extraordinary Writs from criminal or infraction (Show Cause Hearing) LCR 98.40(d)   3:00 p.m. Mon-Thurs.
[ ] Certificates of Rehabilitation – Weapon Possession (Convictions from Limited Jurisdiction Courts) 3:30 First Tues of each
month

### CHIEF CIVIL DEPARTMENT  - SEATTLE (Please report to W719 for assignment)
**Deliver working copies to Judges' Mailroom, Room C203.** In upper right corner of papers write "Chief Civil Department" or
Judge's name and date of hearing.
[ ] Extraordinary writs (Show Cause Hearing) (LCR 98.40) 1:30 pm **Thurs/Fri** –report to Room W719
[ ] Supplemental Proceedings/ Judicial Subpoenas (1:30 pm **Thurs/ Fri**) (LCR 69)
[ ] Motions to Consolidate with multiple judges assigned (CLR 40(a)(4)(without oral argument) M-F
[ ] Structured Settlements  (1:30 pm **Thurs/ Fri**)(LCR 40(2)(S))

### Non-Assigned Cases:
[ ] Non- Dispositive Motions M-F (without oral argument)
[ ] Dispositive Motions and Revisions (1:30 pm **Thurs/Fri**).
[ ] Certificates of Rehabilitation (**Employment**) 1:30 pm **Thurs/Fri** (LR 40(a)(2)(B)

You may list an address that is not your residential address where you agree to accept legal documents.
Sign: _____          Print/Type Name: _____ David Golden
WSBA # _N/A____ (if attorney)     Attorney for: _____ Pro Se Plaintiff Intervenor
Address: 11826 N Mayfair Rd. Apt #28, Spokane, WA 99218
Telephone: (360)915-2612 Email address: goldend3@gmail.com Date: 2/20/18
### DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS.



| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE | |
|---|---|
| Darren A Feider and Mathew R. Kelly<br>Sebris Busto James<br>14205 SE 36th Street, Suite 325<br>Bellevue, WA 98006<br>Phone: (425)453-9005<br>*Attorneys for Defendant Sinclair Media* | Judith A Lonnquist and Jenifer Tyler Song<br>1218 3RD Avenue Suite 1500<br>Seattle, WA 98101-3021<br>Phone: (206)622-2086<br>*Attorneys for Plaintiff Tracy Vedder* |
| Jana Hartman<br>PO Box 2317<br>Tacoma, WA 98401<br>*Attorney for Attorney General's Office* | |

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice. List the names, addresses, and telephone numbers of all parties requiring notice (including GAL) on this page. Serve a copy of this notice, with motion documents, on all parties.

The original must be filed at the Clerk's Office not less than six court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).

THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.

*HZ*

Hon. SUSAN AMINI
Non-dispositive Motion without Oral Argument

## IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| TRACY VEDDER, INVESTIGATIVE REPORTER<br><br>           Plaintiff,<br><br>(and)<br><br>DAVID A GOLDEN (alias G./ Jeremy Thundercloud/ Johny Bigfish),<br><br>           Plaintiff Intervenor,<br><br>v.<br><br>SINCLAIR MEDIA OF SEATTLE, LLC, d/b/a KOMO TV and PATRICK COSTELLO, individually and its agent,<br><br>           Defendant. | No. 17-2-23111-8 SEA<br><br>DAVID GOLDEN'S (G.'s) MOTION TO STRIKE SINCLAIR'S MOTION TO STRIKE; MOTION TO VACATE HON. AMINI DECISIONZ AS PER CR 60(b); MOTION TO RECONSIDER NTERVENTION AS PER LAW CR 19, CR 24, and RCW 42.40.030 |

### I.    RELIEF REQUESTED

David A Golden (herewith referred to as G.), requests that the court strike Sinclair's motion to Strike Portions of G.'s declaration in support of his motion to Intervene. G. also requests that Hon. Amini strike her own signed order denying G.'s motion to Intervene for what appears to be judicial misconduct and further evidence of conspiracy/ government monopoly as per CR 60(b). As previously mentioned, G. is an expert on the money laundering conspiracy. G.

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

G.'s MOTION TO STRIKE SINCLAIR'S MOTION TO STRIKE - 1

*H3*

also asks that both he and Vedder be awarded $250,000 in prejudgment interests as per RCW 9A.82.100(1)(d).

## II.    STATEMENT OF THE ISSUES

1. Whether or not G. is an expert on the money laundering conspiracy?
2. Whether the court errored by denying G.'s motion to intervene and abused its discretion by issuing a judgment based on the Judiciary Rulez?
3. Whether Hon. Amini's judgement and defendant Sinclair's Motion to Strike should be stricken.

## III.    EVIDENCE RELIED UPON

1) Rather than suggesting the innocence of defendant Sinclair Broadcast, Hon. Amini's rulings are further evidence of conspiracy, corruption, and government monopoly. Hon. Amini was appointed to her position by "Democrat" money launderer Jay Inslee.  G. knew before he moved to intervene that he would lose his case.  G. loses all his cases despite having done all of his homework beforehand.

2) Exhibit N, hereby attached by declaration, indicating that Susan Amini is the mother of Cyrus Habib, the Lieutenant Governor of WA; and that Hon. Amini believes in "equal access to justice"; and that Hon. Amini has worked to "eliminate barriers that exist within our court system"; and that Hon. Amini was determined that her son, Cyrus Habib, "would receive the same treatment as other children".  Exhibit N also shows that Cyrus Habib attended Yale Law School and was "Editor of the Yale Law Journal".

3) Exhibit O, hereby attached by declaration, denoting Habib was a Soros Fellow and editor of the Yale Law Review.

4) Exhibit P, hereby attached denoting further pandering by "Democratz" to the labor unions.

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



5) Exhibit Q, hereby attached denoting that the Lt. Governor, Cyrus Habib, presides over the Senate, and occupies the second highest position in the state. As mentioned in G.'s motion to intervene, the "Democratic" Party has been accused of fraud, money laundering, and conspiracy including Jay Inslee (who occupies the highest position in the state and appointed Hon. Amini to her position). Cyrus Habib brought up the bill mentioned in item 4. for a late-night vote in the Senate.

6) Exhibits R, S, T, U. Exhibit T highlights the relationship between those involved in the conspiracy with Yale University where Cyrus Habib served as editor of the Yale Law Review. Exhibit U shows the three ways to detect a conspiracy. G. is a member of the 2nd class (whistleblower) as his attorneyz conspired against him to pass $70 billion in fraudulent gas tax with the communist organization "Democratic" party. Exhibit U also shows the significant influence of the conspiracy on the media. It is more than reasonable to conclude that Tracy Vedder also lost her job due to her relationship with G. so that "Democratz" could continue laundering money.

7) Exhibit V, showing that G. has also studied corruption throughout history. G. knows that he has to study history and politics to predict the future from the past. This is just one of many history books that G. has read about Rome and Italy, republics like the United States of America, which also ultimately became corrupted.

8) Exhibits W and X - Hon. Amini striking all of G.'s evidence and denying his Motion to Intervene.

## IV.   LEGAL AUTHORITY

"A motion to strike will be construed in the light most favorable to the nonmoving party, and the motion will be granted only if it appears that the defense is not available to the party asserting it." *Fisher v. City of Seattle*, 62 Wash. 2d 800. Here, Sinclair's motion to strike was improperly granted to the moving party. CR 12(a) provides that a responsive pleading to a motion to strike need not be filed until 10 days after the court denies the motion or postpones

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



its decision until the trial on the merits. Here, G.'s motion is timely as it falls within 10 days after judgement.

As previously mentioned, G. is a whistleblower and cannot be interfered with under RCW 42.40.030. Here, Hon. Amini has unlawfully interfered with G. CR 60(b) provides that an order may be vacated for mistakes; inadvertence; excusable neglect; newly discovered evidence; fraud; etc. On motion and *upon such terms as are just* (emphasis added). And as Hon. Amini has publicly highlighted her preference that her son "receive the same treatment as other children", Hon. Amini should strike her own order and sign G.'s attached order to show cause and award prejudgment interests of $250,000 to both Vedder and G.

G is allowed to intervene as a matter of law as per CR 19 and CR 24. As previously mentioned, G. is a necessary party because he is an expert on the money laundering conspiracy and the corrupt organization WSBA. See, eg., CR 702 (permitting a witness qualified as an expert by knowledge, skill, experience, training, or education to provide an opinion regarding scientific, technical, or other specialized knowledge if such testimony will assist the trier of fact). G. had his career and reputation fraudulently destroyed by the corrupt organization WSBA so that WALeg could launder tax money through WSDOT to the unions. He is therefore an expert on the subject matter (see also Exhibits R-U).

Further Hon. Amini is the mother of Lt. Governor Cyrus Habib - who is a member of the money laundering organization "Democratic" party. Instead of recusing herself from this case, Hon. Amini has issued a ruling which directly contravenes rule of judicial conduct 2.11 – disqualification. Here, no effort was made to disclose Hon. Amini's relationship of sanguinity to the "Democratic" party. This blatant violation brings into question other rules of judicial conduct such as impartiality – Rule 1.2, as well as Rules 1.3, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.9, 2.15, 2.16, 3.6, and 4.1.

For a conspiracy to exist, the conspirators must agree to commit a criminal act. RCW 9A.28.040(1). The agreement can be shown by concert of action, all the parties working

DAVID A GOLDEN
11826 N Mayfair Rd. 428
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

G.'s MOTION TO STRIKE SINCLAIR'S MOTION TO STRIKE - 4



understandingly with a single design for a common purpose. RCW 9A.28.020(1). The existence
of the agreement can, and often must, be proved circumstantially. Laws of 1975, 1st ex.sess.,
ch. 260 § 9A.28.040. The agreement can be proved by the conspirators' declarations, acts and
conduct done in pursuance of it. Laws of 1997, ch. 17 § 1. Once the conspiracy has been
established, evidence of a defendant's slight connection to it, if proven beyond a reasonable
doubt, is sufficient to convict the defendant of participation in the conspiracy. *State v. Brown*,
45 Wn. App. 571, 579, 726. Here, Hon. Amini has struck all of G.'s evidence and excluded G.
from the case despite making the necessary showing for intervention as of right. Hon. Amini is
also connected to the corrupt money laundering organization "Democratic" party. G. has
proven conspiracy beyond a reasonable doubt. The common design of the conspiracy is to
launder $70 billion in tax revenue to the labor unions. Those that are not part of the
conspiracy, like Vedder and G., are terminated under color of law.


## V.     CONCLUSION

Hon. Amini has stricken most of G.'s evidence and denied G.'s motion to Intervene. G.'s
evidence is similar in nature (news articles) to that provided by ATG Bob Ferguson when he
brought suit against the Trump administration for the Muslim immigration ban (G. was also
excluded from that action despite making the required showing for intervention). Despite the
similarities in evidence, and the lacking of any real standing in the matter, ATG Bob Ferguson
was somehow able to win the case. This is just more evidence of a corrupt two-tiered legal
system where corrupt politicians are given immunity because they appoint the judges and a
predetermined outcome is advanced. As the courts are corrupt (G. has also proven circular
logic in previous WA Supreme Ct. taxing decisions), ATG Ferguson was able to advance his
Trump immigration lawsuit, and presently has a 6-0 record against Trump. As the media is also
corrupt, ATG Bob Ferguson was portrayed as a civil rights champion after having fraudulently
destroyed G.'s career by conspiring with G.'s former attorneys.

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

As previously stated, the corrupt organization "Democratic" party has laundered $70 billion in fraudulent tax revenue to the labor unions, and used the corrupt organization WSBA (including G.'s own attorneyz) to do this.  The termination of Tracy Vedder from Sinclair Broadcast serves to further the interest of the money laundering conspiracy.   In this case, G. has made both the required showing for intervention as of right and discretion, but has been denied "equal access to justice" under the law (see exhibit N), so that "Democratz" could continue laundering the money which legally belongs to G. (see RCW 9A.82.100(4)(d)).

In addition to fighting the attorneyz representing the opposing parties, G. must also fight the judges that do not follow the rulez, as the court is infested with members of the conspiracy, as they are appointed to that position by the governor, who is also a member of the money laundering conspiracy.

In the present case, Hon. Amini is the mother of Cyrus Habib, a "Democrat", and the Lieutenant Governor of Washington State.  These facts, along with Habib's relationship to Yale, Soros, and being on the editorial board of the Yale Law Review --are all proof of involvement in the money laundering conspiracy.  As such, G. and Tracy Vedder should each be awarded $250,000 in prejudgment interests as per RCW 9A.82.100(1)(d).  A proposed order granting the requested relief is attached.

Dated: February ___, 2018.

David Golden (G.)
Pro Se Intervenor

DAVID A GOLDEN
11826 N Mayfair Rd, #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



## CERTIFICATE OF SERVICE

I, David A. Golden, certify that pursuant to CR. 5.2, that I filed the foregoing Motion to Strike/Vacate, Order, Declaration, and Exhibits N-X with the King County Superior Court.  I then served the same on plaintiff and defendant attorneys listed below, using the electronic filing system.  I then served the Attorney General's Office (ATG) as per RCW 9A.82.100(10) by US mail first class at the address listed below.

_____ February ___, 2018

David Golden (G.)


Darren A Feider and Mathew R. Kelly
Sebris Busto James
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Phone: (425)453-9005
*Attorneys for Defendant Sinclair Media*

Judith A Lonnquist and Jenifer Tyler Song
1218 3RD Avenue Suite 1500
Seattle, WA 98101-3021
Phone: (206)622-2086
*Attorneys for Plaintiff Tracy Vedder*


Jana Hartman
PO Box 2317
Tacoma, WA 98401
*Attorney for Attorney General's Office*


DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

H9

Hon.  SUSAN AMINI

## IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| TRACY VEDDER, INVESTIGATIVE REPORTER<br><br>            Plaintiff,<br><br>(and)<br><br>DAVID A GOLDEN (alias G./ Jeremy<br>Thundercloud/ Johny Bigfish),<br><br>            Plaintiff Intervenor,<br><br>v.<br><br>SINCLAIR MEDIA OF SEATTLE, LLC, d/b/a<br>KOMO TV and PATRICK COSTELLO,<br>individually and its agent,<br><br>            Defendant. | No. 17-2-23111-8 SEA<br><br>DECLARATION OF DAVID A. GOLDEN (G.) IN<br>SUPPORT OF HIS MOTION TO STRIKE HON.<br>AMINI ORDERS/ DECISIONZ PER CR 60(b) AND<br>ALLOW INTERVENTION AS PER LAW CR 19<br>AND 24 AND RCW 42.40.030 INTERFERENCE<br>PROHIBITED |

David Golden (hereafter also referred to as G.) states the following:

    1.      I am plaintiff intervenor in this action.  I am over 18 years old and am otherwise competent to testify.

    2.      I reside in Spokane County, Washington.

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane. WA 99218
goldend3@gmail.com
(360)915-2612

G.'s 2ⁿᵈ DECLARATION (VEDDER CASE)  - 1



3.      I have a separate lawsuit against SINCLAIR BROADCAST.  This lawsuit was dismissed in federal court as to SINCLAIR BROADCAST (and federal defendants) on 2/8/18. Appeal is currently pending.  The "Democratic" party and WALeg are also defendants in this action.  The judge presiding in this case (Hon. Robert Lasnik – a Clinton appointee) swore in Jenny Durkan (also a defendant in G.'s separate action) as US Attorney for Western Washington.  Hon. Lasnik refused to recuse himself from G.'s action after an affidavit of prejudice was filed against that court.  A cross motion for summary judgment for $70 billion plus treble damages was scheduled for 2/9/18 against WALeg and "Democratic" party - all facts in the complaint were proven on the record prior to dismissal by Hon. Lasnik.

4.      Hon. Susan Amini was appointed judge by governor Jay Inslee on 5/2/13.  Inslee is also a defendant in G.'s separate action for fraud, conspiracy, and money laundering (aka leading organized crime) along with Attorney General Bob Ferguson (ATG).  During Hon. Amini's coronation (a true and correct copy of which is attached as Exhibit N – news article regarding Hon. Amini), Jay Inslee described Hon. Amini as "*someone who 'believes strongly in equal access to justice* (emphasis added), regardless of a person's economic status, education level, or disability,' and said '*she has worked tirelessly to help eliminate barriers that exist within our court system* (emphasis added).'"  According to this article, Hon. Amini is "considered an expert in the rights of individuals with disabilities.  Part of her expertise comes from raising a child with a disability.  *Her son, Cyrus Habib* lost his eye sight in early childhood to a rare eye cancer and has been fully blind since age 8.  *However, Ms. Amini was determined to ensure that her son would receive the same treatment as other children* (emphasis added).  Also according to the article, Cyrus Habib went to "*Yale Law School, where he served as Editor of the Yale Law Journal* (emphasis added), and in 2012, was elected to represent Washington's 48th Legislative District."

5.      Cyrus Habib is the "highest-ranking Iranian American lawmaker in the United States (a true and correct copy of which is attached as Exhibit O – news article regarding Cyrus

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



Habib).  On 9/8/14 during a campaign event (Habib was an elected member of the State House at the time and campaigning for State Senate), Habib spoke of "a time when his mother, Judge Susan Amini, refused to allow his elementary school *treat him differently than the other students* (emphasis added)."  This article also notes that Habib is a former ***Soros Fellow and was the editor of the Yale Law Review."***

6.   G. also moved to intervene in the AP public records lawsuit but was denied that right by the courts.  An appeal is currently pending.  After "Democratz" brought up a late-night bill on the floor for SEIU, the Seattle Times Editorial Board opined "Democratic senators might not remember who they work for.  Their top priority should be serving the public, not the special interest groups that bankroll their campaigns."  (a true and correct copy of which is attached as Exhibit P – Times op-ed article entitled "State Democrats are on the wrong side of open records fight").

7.   "Democrat" Cyrus Habib rose to become the "elected" Lieutenant Governor of Washington in 2016.  Habib now occupies "the second highest position in the state... and presides over that chamber (senate) during the legislative sessions, ensuring that protocol is followed and weighing in on parliamentary questions that arise during debate." (a true and correct copy of which is attached as Exhibit Q – news article regarding "Democratic" attorney and representative Cyrus Habib).

8.   As previously mentioned and shown in exhibits stricken by Hon. Amini, G. is an expert on the government monopoly and the money laundering conspiracy (a true and correct copy of which is attached as Exhibits R, S, T, U, and V -- books and magazines that G. has read about the pernicious seditious conspiracy (aka the illuminati).  According to Exhibit T, "They (members of the sub-conspiracy "Skull and Bones") have gone out into the world and have become, in many instances, leaders in society."  According to this book, the conspiracy "grasps the College Press and endeavors to rule it all."  Exhibit T also denotes the "Favoritism" shown to Bones Men" even before they leave Yale.  Exhibit U points out that there are three ways of

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



exposing a conspiracy.  G. falls into the second group who "unknowingly participated in a conspiratorial planning of an event (gas tax, ST-3 tax, carbon tax)" which was a planned event by the corrupt organizations WALeg, "Democratic" Party, and WSBA.  Exhibit U also points out the technique used by the conspiracy in overthrowing established Democratic governments. *Also of note in Exhibit U is how the conspiracy owns or controls most of the media.*

9.      As mentioned in item #8 (and previously), G. is an expert on the conspiracy and has also studied history to find out what happens in republics after they become corrupt (a true and correct copy of which is attached as Exhibit V – book that G. has read by Cicero).  This book states that, "pardoning the people it has condemned, letting its prisoners go, bringing its exiles back, annulling the sentences its courts of law have pronounced.  When such things take place, everyone realizes that the country in question is on the verge of collapse, and disaster looks inevitable."  Here, "Democrat" Jay Inslee has issued reprieves for those sentenced to death and the Senate (led by Habib) has recently passed legislation to abolish the death penalty.

10.     On February 14, 2018, Hon. Amini struck all of G.'s evidence (a true and correct copy of which is attached as Exhibit W), and denied G.'s motion to intervene (a true and correct copy of which is attached as Exhibit Y) after defendant Sinclair Broadcast moved to strike all the news articles G. had provided.  G. did not even bother to respond to Sinclair's motion because he already knew he would lose based on his previous experiences with this court (and others).  This motion to strike came after ATG Bob Ferguson "won" the Trump immigration case with no standing and newspaper articles used for evidence.  No mention was made of Hon. Amini's relationship of sanguinity with Habib, although the money laundering activities of "Democratz" were well highlighted in G.'s motion to intervene.  Hon. Amini's actions directly contravene rule of judicial conduct 2.11 - disqualification and brings into question other rules of judicial conduct such as impartiality – Rule 1.2, as well as Rules 1.3, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.9, 2.15, 2.16, 3.6, and 4.1.

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

G.'s 2nd DECLARATION (VEDDER CASE)  - 4



I declare under the penalty of perjury by the laws of the State of Washington that the foregoing is true and correct.

SIGNED in Spokane, Washington this ___ day of February, 2017.

BY: _____

David Anthony Golden (G.)

*18*

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

*#14*

Hon.  SUSAN AMINI

### IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| TRACY VEDDER, INVESTIGATIVE REPORTER<br><br>Plaintiff,<br><br>(and)<br><br>DAVID A GOLDEN (alias G./ Jeremy Thundercloud/ Johny Bigfish),<br><br>Plaintiff Intervenor,<br><br>v.<br><br>SINCLAIR MEDIA OF SEATTLE, LLC, d/b/a KOMO TV and PATRICK COSTELLO, individually and its agent,<br><br>Defendant. | No. 17-2-23111-8 SEA<br><br>ORDER TO SHOW CAUSE<br><br>[PROPOSED] |

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane. WA 99218
goldend3@gmail.com
(360)915-2612

ORDER TO SHOW CAUSE - 1

The motion of plaintiff, David Golden (herewith referred to as G.) to intervene and be joined to this case came before me on _____, 2018.

After full consideration of the evidence submitted (G.'s declaration and Exhibits A-X), and after striking all of defendant Sinclair Broadcast's motions and declarations, it appears and the court finds that there are sufficient grounds to believe, that G.'s Motion to Strike/ Vacate Judgment and Intervene as per law demonstrates that:

1) G. has significant interest in the subject matter.

2) G. should be joined as plaintiff for just adjudication because G. is an expert on the money laundering conspiracy.

3) G. meets the requirements to intervene both as of right and permission.

4) G.'s interests will not be adequately protected by the parties who are currently party to the action.

5) G.'s interests will be impaired by the disposition of the action.

6) G.'s motion was timely filed.

7) G. cannot be interfered with as per RCW 42.40.030.

8) The courts are playing a supervisory role in the money laundering conspiracy (aka leading organized crime).

9) The media is covering up this fact so that the money laundering enterprise can continue as the conspiracy owns most of the media.

10) Tracy Vedder was terminated due to her association with G., who is an expert on the money laundering conspiracy (see for example Exhibits A-V), so that this money laundering enterprise could continue.

Therefore, the court finds that G.'s Motion to Vacate judgment, and that his intervention should be granted as the court is in clear violation of established law. As such, Hon. Amini's orderz and judgments are hereby stricken and vacated as per rule 60(b).

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612



Finally, as G. has already proven leading organized crime and conspiracy, Sinclair Broadcast is hereby ordered to pay $250,000 in prejudgment interests *each* to David Golden (G.) and Tracy Vedder as per RCW 9A.82.100(1)(d).

Signature:_____
Hon. SUSAN AMINI

Presented by:

DAVID GOLDEN
WA PROFESSIONAL ENGINEER #39855
PRO SE PLAINTIFF INTERVENOR

DAVID A GOLDEN
11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

ORDER TO SHOW CAUSE - 3

#17

*EXHIBIT N*

https://www.niacouncil.org/newly-appointed-iranian-american-judge-makes-history/



Want to take action? Visit NIACAction.org.



**NIAC**
National Iranian American Council
DONATEGET UPDATES

# Newly Appointed Iranian-American Judge Makes History

On Thursday, May 2, 2013, Susan Amini was appointed to King County Superior Court judge position 20 in Washington State. Ms. Amini is the second Iranian American to serve as a Superior Court judge in the country, and the first of Middle Eastern descent in Washington state history. At the courthouse ceremony, Governor Jay Inslee described Susan Amini as someone who "believes strongly in equal access to justice, regardless of a person's economic status, education level, or disability," and said "she has worked tirelessly to help eliminate barriers that exist within our court system. "

Born in Iran, Susan Amini was educated at Catholic schools in Tehran and Paris and received her bachelor's degree in Political Science from Tehran University and J.D. degree from

H18

University of Maryland School of Law. She began her legal career as a public defender before establishing her own law practice, in 1994, focusing on criminal defense, family law and immigration. Ms. Amini has also served as a King County District Pro Tempore judge since 1994, and currently serves as a King County Bar Association Trustee and is a member of the Washington State Trial Lawyers.

As a judge Susan Amini will be driven by a desire to do more and to expand her diverse experience in understanding both the law and people in all their cultural variations in order to help a greater population. As she has explained, "King County is very diverse these days. It's not what it was 20 years ago. I've worked with over 30 different nationalities. It's important for a judge to know what mix the community that is going to come before the court is and what differences there are, culturally and traditionally."

Susan Amini is also considered an expert in the rights of individuals with disabilities. Part of her expertise comes from raising a child with a disability. Her son, Cyrus Habib, lost his eye sight in early childhood to a rare eye cancer and has been fully blind since age 8. However, Ms. Amini was determined to ensure that her son would receive the same treatment as other children, and she and Cyrus would count steps of the jungle gym at the playground to make sure he knew each piece of equipment by heart so he could play as other kids could. Her son eventually went on to Columbia University – graduated Summa Cum Laude – Oxford University, and Yale Law School, where he served as Editor of the Yale Law Journal, and in 2012, was elected to represent Washington's 48th Legislative District. Today,

H19

Cyrus Habib is the first Iranian American elected to State office in the U.S. and the highest ranking Iranian American in political office.

Susan Amini's term as King County Superior Court judge begins on May 13, 2013.

Share Post

- 
- 
- 
- 
- 
- 

**About Author**

Solmaz Elmi-Sarabi

CONNECT WITH ME:

- 

**About NIAC**

The National Iranian American Council is a nonpartisan, nonprofit organization dedicated to strengthening the voice of Iranian Americans and promoting greater understanding between the American and Iranian people. We accomplish our mission through expert research and analysis, civic and policy education, and community building.

We are the 501(c)3 sister organization of NIAC Action, the grassroots, civic action organization committed to advancing peace and championing the priorities of the Iranian-American community.



*EXHIBIT O*

http://paaia.org/CMS/iranian-americans-come-together-to-celebrate-and-support-cyrus-habib-for-washington-state-senate.aspx

 IAPAC



Open Menu

# 19

### SEP

# IRANIAN AMERICANS COME TOGETHER TO CELEBRATE AND SUPPORT CYRUS HABIB FOR WASHINGTON STATE SENATE

0

cms

by Kia Makarechi



**September 18, 2014, New York, NY** – A number of PAAIA members and affiliated Iranian Americans gathered on Tuesday to celebrate and raise funds for Cyrus Habib, a member of Washington state's house who is running for state senate.
Habib, a former Rhodes scholar and graduate of Columbia, Yale, and Oxford, is the democratic nominee in the race for the senate seat in the 48th district. Habib has risen to become the highest-ranking Iranian American lawmaker in the United States, the latest in a considerable run of feats made all the more impressive given the challenges he has overcome to date.

At Tuesday's event, which was held at the law offices of Storch, Amini & Munves, Habib gave a stirring speech that contextualized his success as the product of a life built on a triumvirate of virtues: gratitude, hard work, and creativity. Habib spoke of a foundational experience in his youth, retelling a time when his mother, Judge Susan Amini, refused to allow his elementary school treat him differently than other students. Citing his blindness, the school was not allowing him to join his peers in the playground. Amini took Habib to the monkey bars and taught him how to climb them, saying that while she, like all parents, feared that he might fall and hurt himself, the only thing she could not bear was a son with a broken spirit.

Since those days on the monkey bars at Somerset Elementary School, Habib has seen the fruits of his labor pay off. In addition to his previously mentioned accomplishments, Habib is a former Soros Fellow and was the editor of the Yale Law Review. The support of family was but one of the gifts he credited with his success, highlighting libraries, schools, and the Washington State Department of Services for the Blind as instrumental in his transition—as he has said before—"from braille to Yale."

H-22

Habib returned repeatedly to the theme of local action, all the while thanking the Iranian American community for its nation-wide support of his political candidacies and ambitions. PAAIA NexGen's Iman Bacodari, one of the evening's hosts, thanked attendees and encouraged them to support Habib's campaign, noting that many iranian Americans hope the state senate will mark merely the next step in Habib's political career. In introducing Habib, Bijan Amini described him as an inspiring man whose accomplishments belie Habib's age (the lawmaker is 33 years old).

Also present was Councilwoman Anna M. Kaplan, representing District 4 in North Hempstead, whom Habib celebrated for her contributions to New York's civic life.

Bacodari, Habib, and Amini each reminded attendees that while Iranian Americans are incredibly accomplished in a number of fields in the United States, the community is woefully underrepresented in the public sector. Supporting lawmakers such as Habib in their present and future campaigns are, of course, vital in ensuring that the Iranian American community's voice is heard in the halls of America's legislators.

Click here to learn more about Cyrus Habib's campaign.
Click here to view pictures of the reception.
Share Post: 🟦 g+ 🔵 🅿 🔴 🔵

**PAAIA CO-SPONSORS PANEL ON U.S. STRATEGY IN THE MIDDLE EAST AT CARNEGIE ENDOWMENT**

**CONGRESSIONAL ROUNDUP – SEPTEMBER 8-18**

## ABOUT POST AUTHOR

Powered By Golden Seller Copyright 2017 PAAIA, All Right Reserved

#73



https://www.seattletimes.com/opinion/editorials/state-democrats-are-on-the-wrong-side-of-open-records-fight/

Editorials

# State Democrats are on the wrong side of open-records fight

Originally published February 12, 2018 at 3:42 pm Updated February 12, 2018 at 4:26 pm



The Washington State Capitol building in Olympia (Ellen M. Banner / The Seattle Times, 2015)

**Since regaining control of Washington's Legislature last fall, Democrats seem bent on defining themselves as the party that opposes transparency and open government.**

By

Seattle Times editorial board

*The Seattle Times*

A24

Democrats have been in full control of the state Capitol for less than three months, and quickly they are proving they are not the party of transparency and open government.

The latest example came Saturday, when the state Senate and its new Democratic majority approved legislation that would exempt state employees' birth dates from public disclosure.

That same day, the Senate approved an automatic voter-registration bill that would simultaneously strip dates and months of birth from Washington's public voter rolls.

Both these measures would severely limit the ability of the public and the press to identify people who may have past criminal records — individuals who could be working in local schools, living down the street or running for public office. The state House should ensure neither proposal sees the light of day.

Without precise dates of birth, journalists cannot definitively track people with similar or identical names who may move from jurisdiction to jurisdiction or school district to school district. In a series called "Coaches Who Prey," Times reporters used dates of birth to help track teachers and coaches who transferred between districts after being accused of inappropriate relationships with students.

In a self-serving move, the amended version of the voter-registration bill would still disclose a person's birth year, allowing legislators to target voters by age group using mailers and door-to-door campaigning in their upcoming re-election bids.

State Sen. Jeannie Darneille, a Tacoma Democrat who sought the amendment, said she is concerned about protecting voters from identity theft. But Darneille's amendment to Senate Bill 6353 renders the otherwise noble effort to expand automatic voter-registration unacceptable.

Gov. Jay Inslee and other Democrats have said state employees' birth dates should be protected for similar privacy reasons. But Senate Bill 6079, sponsored by Democratic Sen. Patty Kuderer of Bellevue, really is about something else: Keeping the conservative Freedom Foundation from



contacting state employees, as the group has done in the past to tell certain workers of their right not to pay union dues.

This isn't about whether you agree with the Freedom Foundation's war on public-sector unions. Fundamentally, Inslee and other Democratic politicians can't decry a piece of mail or a knock on the door as an unspeakable privacy violation when they regularly use those same methods to ask people for their votes. The entire effort to shield dates of birth comes across as Democrats pandering to the Service Employees International Union, a major Democratic campaign contributor, during a key election year.

When it comes to voter registrations, obscuring dates of birth also makes it more difficult for Democrats to defend the integrity of the state's voter rolls as President Donald Trump and other Republicans spew unfounded claims about voter fraud.

Senate Majority Leader Sharon Nelson, D-Maury Island, has done the public a great disservice by allowing these bills through the Senate.

House leaders and Inslee should reject these measures as an assault on government transparency. The governor has presented himself as a leader when it comes to open-government issues, releasing emails and other documents that legislators refuse to disclose and admirably not exercising executive privilege. Signing these bills would only undermine his credibility in this area.

Nelson and other Democratic senators might not remember who they work for. Their top priority should be serving the public, not the special-interest groups that bankroll their campaigns.

Now it is up to Speaker of the House Frank Chopp and his colleagues to embrace this value.

*Editorial board members are editorial page editor Kate Riley, Frank A. Blethen, Donna Gordon Blankinship, Brier Dudley, Mark Higgins, Melissa Santos, William K. Blethen (emeritus) and Robert C. Blethen (emeritus).*

View 36 Comments



EXHIBIT Q

http://fortune.com/2017/01/08/washington-blind-lieutenant-gov/

# Washington Set to Swear in First Blind Lieutenant Governor



Washington Lt. Gov.-elect Cyrus Habib, right, rests his fingers on a braille display as he shares a light moment on the Senate chamber dais with Senate Counsel Jeannie Gorrell, second from right, Thursday, Jan. 5, 2017, during a practice session to test technical equipment in Olympia, Wash. Habib, who will preside over the Senate, will be Washington's first blind lieutenant governor, and the Senate has undergone a makeover that incorporates Braille into that chamber's floor sessions that will allow Habib to know by the touch of his finger which lawmaker is seeking to be recognized to speak. Habib is replacing Lt. Gov. Brad Owen, who is retiring. (AP Photo/Ted S. Warren)

By THE ASSOCIATED PRESS

January 8, 2017

H27

As Washington state prepares to swear in its first blind lieutenant governor, the Senate has undergone a makeover that incorporates Braille into that chamber's floor sessions.

On a recent day just weeks before the start of the legislative session that begins Monday, the desks of 49 senators got an upgrade: a system that will allow Lt. Gov.-elect Cyrus Habib to know by the touch of his finger which lawmaker is seeking to be recognized to speak.

"I'm really excited to show the public, particularly school children, that anything is possible," Habib said Thursday, just hours after testing the system out.

Habib, a 35-year-old attorney who completely lost his eyesight to cancer at age 8, was first elected to the state House in 2012 and won a state Senate seat in 2014. In November he beat Republican Marty McClendon to replace Lt. Gov. Brad Owen, a Democrat who is retiring after holding the post since 1997. Habib will be sworn in on Wednesday.

_Why Disability Rights is Everyone's Business_

The second highest position in the state, the lieutenant governor is best known as the president of the Senate and presides over that chamber during the legislative sessions, ensuring that protocol is followed and weighing in on parliamentary questions that arise during debate.

Change comes slowly to the Washington state Senate — often called the more deliberative body — where voice votes are still conducted instead of the more expedient electronic vote system the House employs.


H28

But because the lieutenant governor is charged with controlling the Senate debate, Habib will make the call on who to recognize first when a parliamentary motion is made, or a request to speak on a bill. Usually a lawmaker jumps up out of their seat and addresses the presiding officer. But even though Habib, as a former member of the Senate, may recognize the voices, when a bunch of lawmakers jump up — as they occasionally do — it would be impossible for him to know who was first without a staffer telling him.

Play Video

Now, lawmakers will instead push a touchscreen installed on their desks as they stand. A list, in order of those who pushed the button, will be transmitted to the rostrum, where the Braille display in front of Habib will go from flat to a series of raised dots that spell out the lawmaker's name.

"The key thing here is to be able to do it quickly," Habib said. "You want to keep the debate moving."

When Habib joined the House, he was given a Braille reader and software on his laptop that provided both Braille and text-to-speech translation for the multitude of bills, emails and news stories he reads daily. And while the audio software is his preferred system, the added multitasking of calling on lawmakers made the Braille reader for the rostrum essential. In addition, the Senate purchased a Braille printer so that Habib can read in advance things like who's leading the chamber's prayer, or bringing the flags to the rostrum.

*The Seeing iPhone Is Here With Apps for the Visually Impaired*



Deputy Secretary of the Senate Paul Campos said that while the Braille upgrade is unprecedented, it's in line with ensuring the chamber runs as smoothly as possible.

"Our job is to make sure the work gets done," he said. "This is simply another piece of that."

Campos said that the touchscreens cost about $57,000 and the Braille reader, printer and software was about $12,000.

Habib, who already hands out Braille business cards, said that the new system in the Senate is just another way to show people who visit the state Capitol the various ways technology has evolved and is used in state government.

"This is what innovation can do," he said. "This is how it can solve problems."



EXHIBIT R



**NATIONAL GEOGRAPHIC**

Discover Rituals and Initiations
Unlock Mysterious Symbols
Explore Their Hidden Worlds

# SECRET SOCIETIES

## True Tales of Covert Cults and Organizations and Their Leaders



$13.99US  $16.99CAN

0  70989 10567  6

77

The Mystic Eye is an ancient symbol of the so-called third eye, the conduit for secret, mystic, or subconscious thought.



EXHIBIT S

# THE
# NEW
# WORLD
# ORDER



## by A. Ralph Epperson

S.

H32

# The Great Seal
# of
# The United States

with a pyramid, an eagle, Latin phrases, etc., has been reproduced in the two circles on the back of every American dollar bill, but few in America know what these symbols mean.

The key to understanding the meaning behind these symbols is found in the translation of the Latin phrase "ANNUIT COEPTIS NOVUS ORDO SECLORUM," ("Announcing the Birth of The New World Order") found on what is known as The Reverse Side of the Great Seal.

Historian/author Ralph Epperson has spent many years researching the history of the Great Seal, and has discovered that those who designed the two circles committed America to what has been called "A Secret Destiny." This future "destiny" is so unpleasant that those who wanted the changes it entails had to conceal that truth in symbols.

This book, THE NEW WORLD ORDER, is the amply documented explanation of what those symbols mean. The author is making his research available to the American people so that they may know just what their future is.

And so that they can take corrective action.



ISBN 978-0-9614135-1-4

1 Brnsd Powell's Now  $16.95  25
New World Order

Epperson, A Ralph    9780961413514
META-SECRET SOC   722   12/4/2016.

$16.95
ISBN 978-0-9614135-1-4

H33

EXHIBIT T

# America's Secret Establishment

## An Introduction to the Order of Skull & Bones

322

Wednesday Evening, June 28th, 1882.

Antony C. Sutton

#34

"Out of every class Skull and Bones takes its men. They have gone out into the world and have become, in many instances, leaders in society. They have obtained control of Yale. Its business is performed by them. Money paid to the college must pass into their hands, and be subject to their will. No doubt they are worthy men in themselves, but the many whom they looked down upon while in college, cannot so far forget as to give money freely into their hands. Men in Wall Street com plain that the college comes straight to them for help, instead of asking each graduate for his share. The reason is found in a remark made by one of Yale's and America's first men: 'Few will give but Bones men, and they care far more for their society than they do for the college.' "

Finally, the *Iconoclast* calls The Order a "deadly evil" growing year by year:

"Year by year the deadly evil is growing. The society was never as ob- noxious to the college as it is today, and it is just this ill-feeling that shuts the pockets of non-members. Never before has it shown such arrogance and self-fancied superiority. It grasps the College Press and endeavors to rule it all. It does not deign to show its credentials, but clutches at power with the silence of conscious guilt."

To tell the good which Yale College has done would be well nigh im- possible. To tell the good she might do would be yet more difficult. The question, then, is reduced to this — on the one hand lies a source of in- calculable good, — on the other a society guilty of serious and far- reaching crimes. **It is Yale College against Skull and Bones!!** We ask all men, as a question of right, which should be allowed to live?"

The power of The Order is put to use on behalf of its members even before they leave Yale. Here's a case from the late 19th century which predates the cases we will present later and suggests how long immoral use of power has prevailed within The Order:

## "The Favoritism Shown To Bones Men"

"Are not we coming to a sad state when open injustice can be done by the Faculty, and when the fact that a man is a member of Skull and Bones can prejudice them in his favor? Briefly, the case which calls forth this question is this: Two members of the Senior class, the one being a neutral, the other a Bones man, returned at the beginning of the college year laden with several conditions, some of which, upon examination, they failed to pass. Up to this point the cases were parallel, and the leni- ency, if there was to be leniency, should have been shown to the neutral, who has done all that lay in his power to further the interests of the college, rather than to the Bones man, who has, during his three years at Yale, accomplished nothing that we wot of. But, strange to say, the former has been suspended until the end of the term and obliged to leave town, not being permitted to pass another examination until he

— 14 —

returns. The Bones m[...]
Haven, attends recitat[...]
second examination [...]
made? 'O, Mr. So-and[...]
man), — the specialt[...]
wears a death's head[...]
that Mr. So-and-so ca[...]
illness as an excuse f[...]
gentleman was also il[...]
from his father."

"The circumstance[...]
the Senior class. It i[...]
gentlemen who supe[...]
nothing else, can allo[...]
as society connection[...]

## Esquire (September[...]

Only one article is [...]
years on The Order [...]
review and provide[...]
historical knowledge[...]
Bones" by Ron Ros[...]

Rosenbaum is a Y[...]
a secret society out t[...]
the political implicatio[...]
documents and extri[...]
make some notable[...]
who have shaped Ar[...]
undergraduate pow[...]
that crypt over there[...]

Another comment[...]
"tonight he will die a[...]
will thenceforth refer[...]
will have a new nam[...]
names.

And when Rosen[...]
"They don't like pe[...]
incredible. They've g[...]
try. You'll see — it's [...]
a secret society too.[...]

The *Esquire* piec[...]
that doesn't concern[...]

#35

returns. The Bones man, on the contrary, is allowed to remain in New Haven, attends recitation daily, is called upon to recite, and will have a second examination in less than six weeks. Why is this distinction made? 'O, Mr. So-and-so's is a **special** case,' said a professor (a Bones man), — the specialty, we presume, being the fact that Mr. So-and-so wears a death's head and cross bones upon his bosom. We understand that Mr. So-and-so claims to have been ill during vacation and offers the illness as an excuse for not passing the examination; but the neutral gentleman was also ill, as the Faculty were expressly informed in a letter from his father."

"The circumstance has caused a very lively indignation throughout the Senior class. It is certainly time for a radical reform when the gentlemen who superintend our destinies, and who should be just if nothing else, can allow themselves to be influenced by so petty a thing as society connections."

## Esquire (September 1977)

Only one article is known to have been published within the last 100 years on The Order. Unfortunately, it is a superficial, almost mocking, review and provides some enlightenment but little contribution to historical knowledge. The article is the "Last Secrets of Skull and Bones" by Ron Rosenbaum (*Esquire*, September 1977).

Rosenbaum is a Yale graduate attracted by the fictional possibilities of a secret society out to control the world: he is apparently not aware of the political implications. The contribution is a blend of known authentic documents and outright hearsay. On the other hand, Rosenbaum does make some notable observations. Among these are: ". . . the people who have shaped America's national character since it ceased being an undergraduate power had **their** undergraduate character shaped in that crypt over there", (i.e., the "temple" on the Yale campus).

Another comment: when a new member is initiated into The Order, "tonight he will die to the world and be born again into The Order as he will thenceforth refer to it. The Order is a world unto itself in which he will have a new name and fourteen new blood brothers, also with new names."

And when Rosenbaum starts to inquire about The Order, he is told: "They don't like people tampering and prying. The power of Bones is incredible. They've got their hands on every lever of power in the country. You'll see — it's like trying to look into the Mafia. Remember they're a secret society too."

The *Esquire* piece is well worth reading, it gives a side of The Order that doesn't concern us too much.

—15—

# America's Secret Establishment

After 16 books and 25 years in basic research I thought I'd heard it all . . . the world was a confused mess, probably beyond understanding and certainly beyond salvation — and there was little I could do about it.

Back in 1968 my *Western Technology and Soviet Economic Development* was published by the Hoover Institution at Stanford University. In three substantial volumes I detailed how the West had built the Soviet Union. However, the work generated a seemingly insoluble puzzle — **why** have we done this? **Why** did we build the Soviet Union, while we also transferred technology to Hitler's Germany? **Why** does Washington want to conceal these facts? **Why** have we boosted Soviet military power? And simultaneously boosted our own?

In subsequent books, the *Wall Street* series, I added more questions — but no answers. I had more or less arrived at the conclusion that there was no rational answer that could be proven.

Then a year or so ago I received an eight-inch batch of documents — nothing less than the membership lists of an American secret society. Glancing through the sheets it was more than obvious — this was no ordinary group. The names spelled Power, with a capital P. As I probed each individual a pattern emerged . . . and a formerly fuzzy world became crystal clear.

The book you will read here is a combined version of a series reporting on this research. Each volume builds on the previous volume in a logical step-by-step process.

These volumes will explain **why** the West built the Soviets **and** Hitler; **why** we go to war, to lose; **why** Wall Street loves Marxists **and** Nazis; **why** the kids can't read; **why** the Churches have become propaganda founts; **why** historical facts are suppressed, **why** politicians **lie** and a hundred other whys.

This series is infinitely more important than the original *Western Technology* series on technological transfers. If I have a **magnum opus**, this is it.

ANTONY C. SUTTON

Phoenix, Arizona

ISBN 0-937765-02-3

# THE
# UNSEEN
# HAND

### An Introduction to the
### Conspiratorial View of History

by A. Ralph Epperson

## INTRODUCTION

View thus: "History is written more by accident than design, often by the wholly irrational acts of madmen."[1]

Another who has offered the Accidental View as the explanation of the major events of the world is Zbigniew Brzezinski, President Jimmy Carter's National Security Advisor. He has written: "History is much more the product of chaos than of conspiracy. . . . increasingly, policy makers are overwhelmed by events and information."[2]

But there are those who disagree with the positions of Warburg and Brzezinski. One, for instance, was Franklin D. Roosevelt who certainly saw many monumental events occur during his consecutive administrations. President Roosevelt has been quoted as saying: "In politics, nothing happens by accident. If it happens, it was planned that way."

If harmful events are planned, it follows that the people who were about to suffer through the scheduled event would act to prevent the event from occurring if they knew about it in advance. The people expect government to protect them from harmful events.

But if the events still occur after the government officials had been expected to prevent them, the government officials have failed in their assigned duties. There are only two explanations as to why they failed:

1. The events overwhelmed them, and could not have been prevented; or
2. The events were allowed to occur because the officials wanted them to occur. *-*-*-*-*

It is difficult for the casual observer to believe that these incredible events could not have been prevented, as humane people of conscience do not allow harmful events to occur.

If a planned and unwanted event is allowed to happen, those who planned the event would have to have acted in secret so as to prevent discovery of their plans by those who would be adversely affected.

Planners working in secret to plan an event that the people do not wish to occur are, by definition, members of a conspiracy. Webster's defines conspiracy as a "combination of people, working in secret, for an evil or unlawful purpose."

Not only must the Conspirators work in secret, they must make every effort to insure that their plans are not made public. The first task of a conspiracy, then, becomes that of convincing the people that the conspiracy itself does not exist.

This makes the task of uncovering the machinations of the conspiracy all the more difficult.

There are three ways of exposing a Conspiracy:

One is for any of the participants in the conspiracy to break with it and to

## INTRODUCTION

expose his or her involvement. This takes an extremely courageous individual, and that type of exposure is indeed rare.

The second group of exposers are those who have unknowingly participated in a conspiratorial planning of an event but who didn't realize it until later. These individuals, and there aren't many in the history of the world, have also exposed the inner workings of the conspiracy at great peril to themselves.

The third method of exposing a conspiracy is for researchers to uncover conspiratorial designs in the events of the past. Your author is one of these researchers.

It will be the position of this book that a conspiracy does indeed exist, and that it is extremely large, deeply entrenched, and therefore extremely powerful. It is working to achieve absolute and brutal rule over the entire human race by using wars, depressions, inflations and revolutions to further its aims. The Conspiracy's one unchanging purpose has been to destroy all religion, all existing governments, and all traditional human institutions, and to build a *new world order* (this phrase will be defined later) upon the wreckage they have created.

Notice that if the Conspiracy does exist, it will do everything it can to deny the charges of both those who seek to expose it and those who claim to have been a part of it.

There are those, perhaps not knowing the importance of their contributions to the study of the conspiracy, who have added estimates of the size of this ruling group.

One was Walter Rathenau, who in 1909 controlled German General Electric. He said: "Three hundred men, all of whom know one another, direct the economic destiny of Europe and choose their successors from among themselves."[3]

Another informed observer, Joseph Kennedy, the father of the late president John Kennedy, identified the number of individuals who run America. He said: "Fifty men have run America and that's a high figure."[4]

Dr. Carroll Quigley, a professor of History at Georgetown University's Foreign Service School, and who formerly taught at Princeton and Harvard, has written a thirteen hundred page book entitled *Tragedy and Hope*. This book, published in 1966, was, according to the author, the result of twenty years of research into the Conspiracy. Dr. Quigley concludes:

> There does exist, and has existed for a generation, an international Anglophile network which operates, to some extent, in the way the radical Right believes the Communists act. In fact, this network, which we may identify as the Round Table Groups, has no aversion to

cooperating with the Co[...]
so.

I know of the operat[...]
for twenty years and was p[...]
examine its papers and se[...]

But Quigley took a step r[...]
admits that he is a supporter o[...]

I have no aversion to [...]
my life, been close to it an[...]
I have objected, bot[...]
policies . . . , but in gener[...]
wishes to remain unknown[...]
enough to be known.[5]

The ultimate purpose of th[...]
desire this more than even ma[...]
together. One such individu[...]
Kennedy. Family admirer and a[...]
book, *The Kennedy Women*: "[...]
knew that the man she loved lov[...]
wanted the power of governmen[...]

The Conspiracy that Dr. Q[...]
ers, and it is logical to ask why i[...]
join such an enterprise. One wh[...]
Coan who wrote in his book, *Th[...]
of the question: These men (inv[...]
mous primarily because they we[...]

So those involved do not bec[...]
the Conspiracy; they become rich[...]
of the Conspiracy.

But what is their motive?[...]
position? Former Congressman[...]
additional goal: Power! Men joi[...]
power. Schmitz wrote: "When a p[...]
becomes power."[8]

Benjamin Franklin explain[...]
power when he said: "There ar[...]
influence on the affairs of men.[...]
money. . . . When united . . . they h[...]

However, power itself has a c[...]
In an oft-quoted truth, Lord Acton[...]
absolute power corrupts absolutel[...]

8



## CHAPTER 3   FORMS OF GOVERNMENT



In a democracy then, Might makes Right.
In a republic, Right makes Might.
In a democracy, the law restricts the people.
In a republic, the law restricts the government.

When Moses of the Bible carried the Ten Commandments down to the people, they were written on stone. The majority of the people did not vote to accept them. They were offered as the truth, and were in stone to teach the people that they couldn't change them by majority vote. But the people rejected the Commandments anyway, just as they can reject the principles of the republican form of government should they choose to do so.

America's founding fathers, while not writing the laws in stone, did attempt to restrict man's ability to tamper with them. The rules for revising or amending the Constitution are rigidly set out in the provisions of the Constitution itself.

George Washington, in his farewell address to the American people as he was leaving the presidency, spoke about the amending of the Constitution:

> If in the opinion of the people, the distribution or modification of the Constitutional power be in any particular wrong, let it be corrected by an amendment in the way in which the Constitution designates. But let there be no change by usurpation, for though this, in one instance, may be the instrument of good, it is the customary weapon by which free governments are destroyed.

It was about the same time that a British professor named Alexander Fraser Tyler wrote: "A democracy cannot exist as a permanent form of government. It can exist only until the voters discover they can vote themselves largess (defined as a liberal gift) out of the public treasury. From that moment on, the majority always votes for the candidate promising the most benefits from the public treasury, with the result that democracy always collapses over a loose fiscal policy, always to be followed by a dictatorship."

Here is outlined the procedure by which democratic, or even republican, forms of government can be turned into a dictatorship.

This technique of subverting a democracy into a dictatorship was spelled out in a book in 1957 by Jan Kozak, a member of the Secretariat of the Communist Party of Czechoslovakia. Mr. Kozak titled his book *How Parliament Took a Revolutionary Part in the Transition to Socialism and the Role of the Popular Masses*. The American version of his book is titled *And Not a Shot is Fired, the Communist Strategy for Subverting a Representative Government*. Mr. Kozak describes what has been called the "Pincer Movement," the method by which the conspirators can use the parliament



36



CHAPTER 3   FORMS OF GOVERNMENT

the "Pressure from Above," and the mob, the "Pressure from Below," to convert a democracy into a dictatorship. Mr. Kozak explained his strategy:

> A preliminary condition for carrying out fundamental social changes and for making it possible that parliament be made use of for the purpose of transforming a capitalistic society into a socialistic one, is:
>
> a.   to fight for a firm parliamentary majority which would ensure and develop a strong 'pressure from above,' and
>
> b.   to see to it that this firm parliamentary majority should rely on the revolutionary activity of the broad working masses exerting 'pressure from below.'[5]

What Mr. Kozak proposed was a five part program to seize control of a government.

The first step consisted of having the conspiracy's own people infiltrate the government (the "pressure from above.")

The second step was to create a real or alleged grievance, usually through either an action of government or through some situation where the government should have acted and didn't.

The third step consisted in having a mob created by the real or alleged grievance that the government or the conspiracy caused demand that the problem be solved by a governmental action (the "pressure from below.")

The fourth step consisted in having the conspirators in the government remedy the real or alleged situation with some oppressive legislation.

The fifth step is a repeat of the last three. The legislation that the government passes does not solve the problem and the mob demands more and more legislation until the government becomes totalitarian in nature by possessing all of the power.

And total power was the goal of those causing the grievance. The plan is, as Nesta Webster wrote in her book *World Revolution*: "the systematic attempt to create grievances in order to exploit them."[6]

This technique was used, with a slight variation, by Adolf Hitler, who sent his own party loyalists into the streets (the "Pressure from Below") to create the terror that he blamed on the government (the "Pressure from Above.") The German people, told by Hitler that the government in power couldn't end the terror even though they passed oppressive legislation in an effort to stop it, listened to the one man who was offering relief: Adolf Hitler. He was in a position to stop the terror. He was the one causing it! And therefore he could end it! And he promised that he would end it when he was given the power of government!

CHAPTER 18   NON-VIOLENT ORGANIZATIONS

***** Walter Mondale is a former member of the Tri
Commission and a current CFR member

(A little pamphlet published by the Advertising Council entitled
American Economic System," defined Communism as: "...a so
economy ruled by a single political party."[19] There are those who believ
America is "ruled by a single political party:" the Council on Fo
Relations.)

Pogo, the cartoon character, once mused: "How's I s'posed to k
what to say less'n you tells me how to think."

It is one of the purposes of the major media today to tell the Ame
people how to think and what to say, exactly as noted by Pogo. The CF
played a major role in this indoctrination by having owners, wri
columnists and broadcasters join the CFR.

This control over America's media started in 1915, according
Congressman in office at the time, Oscar Callaway, who placed
comments in the Congressional Record:

In March, 1915, the J.P. Morgan interests...got together 12
men high up in the newspaper world and employed them to select
the most influential newspapers in the United States and sufficient
number of them to control generally the policy of the daily press of
the United States.

These 12 men worked the problem out by selecting 179 news
papers, and then began by an elimination process to retain only
those necessary for the purpose of controlling.

They found it was necessary to purchase control of 25 of the
greatest papers.

An editor was furnished for each paper to properly supervise
and edit information regarding the questions of preparedness,
militarism, financial policies, and other things of national and
international nature considered vital to the interests of the
purchasers.[20]

Morgan's early control of the newspapers has been continued thro
the fact that most of all of the various forms of the media are either owne
members of the CFR, or employ members. For instance, the following
news media had the following number of CFR members, on their payro
key positions as of October, 1980:

Television Networks:
CBS:          12
NBC:           8
RCA Corp.:     7

...r of the Trilateral
...er

... council entitled "Th...
... as: "...a socialis...
...hose who believe th...
... Council on Foreig...

...w's I s'posed to know

...y to tell the America...
...by Pogo. The CFR h...
...ving owners, writers...

...in 1915, according to
...way, who placed the...

...s...got together 12
...ployed them to select
...d States and sufficient
...y of the daily press of

...by selecting 179 news-
... process to retain only
...g.

...e control of 25 of the

...er to properly supervise
...sions of preparedness,
...things of national and
...t to the interests of the

... has been continued throu...
...the media are either owned...
...r instance, the following m...
...R members, on their payroll...

12
8
7

## CHAPTER 18   NON-VIOLENT ORGANIZATIONS

| | |
|---|---|
| ABC: | 5 |
| Wire Services: | |
| Associated Press: | 5 |
| United Press: | 1 |
| Newspapers: | |
| *New York Times:* | 8 |
| *The Washington Post:* | 8 |
| Dow Jones & Co.: | 5 |
| (includes the *Wall Street Journal*) | |
| *Times Mirror:* | 2 |
| (includes the *Los Angeles Times*) | |
| Field Enterprises: | 8 |
| (includes the *Chicago Sun-Times*) | |
| New York *Daily News:* | 1 |
| Magazines: | |
| Time, Inc.: | 8 |
| (includes *Fortune, Life, Money,* | |
| *People, Sports Illustrated,* | |
| and *Time*) | |
| *Newsweek:* | 8 |
| *Reader's Digest:* | 2 |
| *Atlantic Monthly:* | 1 |
| *Harper's Magazine:* | 1 |
| *National Review:* | 1 |
| Columnists: | |
| Marquis Childs | |
| Joseph Kraft | |
| Bill Moyers | |

(Is it possible that *Life* magazine, in their articles on Revolution already cited in the chapters on the revolutions of the past, intentionally fabricated their conclusions that there were no conspiracies at work in the various revolutions already studied elsewhere in this book? Is there really a conspiracy that *Life* magazine is aware of but is attempting to conceal from the public? These questions will have to be answered by the reader.)

Many of America's magazine editors and newspaper publishers and editors have attended the two most prestigious journalism schools in the United States, Columbia and Harvard. Presidents of these institutions have been members of the CFR. Their function is to make certain that the students attending classes learn what the CFR wants them to learn, so that they can in turn teach the American public through their particular form of media what the CFR wants.

One who has testified that one of the CFR-controlled media has indeed

201

#44 #43



EXHIBIT V

PENGUIN CLASSICS

CICERO

ON GOVERNMENT

pardoning the people it has condemned, letting its prisoners go, bringing its exiles back, annulling the sentences its courts of law have pronounced. When such things take place, everyone realizes that the country in question is on the verge of collapse; and, disaster looks inevitable. And wherever this kind of development occurs, one of its features, I repeat, is the cancellation of sentences of execution or banishment, to the advantage of either conservatives or radicals, as the case may be. But, even so, it has not been usual for the man who cancels the sentences to have also been the actual person who had originally pronounced them! And he does not usually do so straightaway – and does not do it at all, if the crimes of which they had been convicted had imperilled the lives and fortunes of everyone else.

On this occasion, however, we have a total novelty. The facts of the crime, taken by themselves, are hard enough to credit. It is only the character of the defendant himself, Verres, that makes it possible to believe them. The facts are these. The men released in this way were slaves. They were released by the very person who had sentenced them. They were released immediately, when their sentence had only just got under way. And they were slaves who had been convicted for a crime which imperilled the persons and the lives of every free man.

What a marvellous commander Verres turns out to be! We must no longer just compare him with Manius Aquilius, gallant though Aquilius was. It is with men of the calibre of Paullus,[1] Scipio, Marius that we have to compare him. The unrest among the slaves in Sicily that was caused by the rebellion of the runaway slaves in Italy did not, evidently, escape his notice. And having once perceived it, how effectively he terrorized them into making no move of their own! He ordered some arrests to be made. That must have intimidated them! He summoned their owners to court. What a particularly terrifying thing for a slave! He declared the accused persons guilty – and thus, by sentencing a small number of men to a disagreeable death, proclaimed that he had quenched the flames of the insurrection.

Well, what was to happen to them next? Lashes, burnings at the stake, one would suppose, and that ultimate punishment of offenders

1. Lucius Aemilius Paullus Macedonicus ended the Third Macedonian War by his victory over Perseus at Pydna (168).

and deterrent for everyone else, torture and subsequent crucifixion. No, not at all: on this occasion every single defendant was spared these penalties and set free! What a curious way to cow and terrify the slaves! Here was a governor, as they were able to see, who was so extremely amenable that he accepted bribes from the executioner himself, no less, to save the lives of those slaves, even though they had been found guilty of criminal plotting.

I suspect that you behaved in just the same way in the case of Aristodamus of Apollonia – and again in the case of Leon of Imachara. What this supposed unrest among the slaves and sudden fear of a rebellion prompted in you, I have to speculate, was not so much a tardy enthusiasm for the protection of your province as a novel method of making illicit personal profits. Eumenides of Halicyae, a man of rank, reputation and wealth, had a steward who on your initiative was accused of conspiracy. At that point, however, you accepted sixty thousand sesterces[1] from his owner Eumenides, a bribe which has recently come to light on the sworn evidence of Eumenides himself. Again, when the knight Gaius Matrinius was away at Rome, you got him to part with six hundred thousand sesterces by alleging that you had grounds for the incrimination of his stewards and shepherds. This has been reported by Lucius Flavius, who was looking after the affairs of Gaius Matrinius; and who handed over to you the sum in question. It will also be confirmed by the distinguished censor Cnaeus Cornelius Lentulus Clodianus,[2] who out of his concern for Matrinius's reputation wrote to you when the transaction was first launched, and got others to write as well.

Then there is the case of Apollonius Geminus of Panormus, Diocles's son. Here is another matter that should not be passed over without comment. It is the most notorious, scandalous and barefaced thing that has happened anywhere in Sicily. When Verres arrived at Panormus, he gave orders that Apollonius should appear before him, indeed issued a legal summons against him, in the presence of a substantial, crowded gathering of the local Roman citizens. Straightaway people began to talk: and this is the sort of thing they said. 'I was wondering how long a wealthy man like Apollonius would

1. The *sestertius* (also known as *nummus*) was one-quarter of the silver coin the *denarius*.
2. Consul in 72.

The Honorable Susan Amini

# EXHIBIT W

1
2
3
4
5
6
7

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR KING COUNTY

8
9   | TRACY VEDDER, an individual,

10            Plaintiff,

11   vs.

12   SINCLAIR MEDIA OF SEATTLE, LLC,
     d/b/a KOMO TV and PATRICK COSTELLO,
13   individually and its agent,

14            Defendants.

Case No.  17-2-23111-8 SEA

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE
PORTIONS OF THE DECLARATION
OF DAVID A. GOLDEN (G.) IN
SUPPORT OF MOTION TO
INTERVENE AND BE JOINED AS
PLAINTIFF

Hearing Date: February 1, 2018

15      The Court, having reviewed Defendants' Motion to Strike Portions of the Declaration of

16   David A. Golden, Proposed Intervenor David A. Golden *did not submit a* response to Defendants' Motion to

17   Strike and any declarations filed in support thereof (if any), and Defendants' *did not submit a* Reply in support of

18   the Motion to Strike and declarations filed in support thereof (if any).

19      The Court hereby **ORDERS** that the motion is **GRANTED**.  It is now **ORDERED** that:

20      1.      Paragraphs 4–8, 10–11, and 14–18 of the Declaration of David A. Golden are

21              stricken.

22   ///

23   ///

24   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
     STRIKE PORTIONS OF THE DECLARATION OF DAVID A. GOLDEN
     (G.) IN SUPPORT OF MOTION TO INTERVENE AND BE JOINED AS
     PLAINTIFF   1

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel (425) 454-4233 · Fax (425) 453-9005



1       2.     Exhibits A–C, E–F, I–M of the Declaration of David A. Golden are stricken.

2    DATED this _14th_ day of ___February___, 2018.

3

4                                  _____
                          The Honorable Susan A. Amini

5

6    **PRESENTED BY:**

7    SEBRIS BUSTO JAMES

8    _s/ Darren A. Feider_

9    Darren A. Feider, WSBA #22430
     Email: dfeider@sebrisbusto.com

10   Matthew R. Kelly, WSBA #48050
     Email: mkelly@sebrisbusto.com

11   14205 S.E. 36th Street, Suite 325
     Bellevue, Washington  98006

12   Tel: 425-454-4233 / Fax:  425-453-9005
     Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
     STRIKE PORTIONS OF THE DECLARATION OF DAVID A. GOLDEN
     (G.) IN SUPPORT OF MOTION TO INTERVENE AND BE JOINED AS
     PLAINTIFF – 2

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005



The Honorable Susan Amini

# EXHIBIT X

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR KING COUNTY

TRACY VEDDER, an individual,

       Plaintiff,

       vs.

SINCLAIR MEDIA OF SEATTLE, LLC,
d/b/a KOMO TV and PATRICK COSTELLO,
individually and its agent,

       Defendants.

Case No. 17-2-23111-8 SEA

~~[PROPOSED]~~ ORDER DENYING
DAVID A. GOLDEN'S (G.) MOTION
TO INTERVENE AND BE JOINED AS
PLAINTIFF

      The Court, having reviewed David A. Golden's Motion to Intervene and Be Joined as

~~Plaintiff,~~ *Declaration of David A. Golden is support of the motion & the exhibits attached,* Defendants Sinclair Media of Seattle, LLC's d/b/a KOMO TV and Patrick Costello's

response to Proposed Intervenor's motion ~~and any declarations filed~~ *Declaration of Darren A. Feider* in support thereof ~~(if any),~~

~~and Proposed Intervenor's reply in support of Motion to Strike and declarations filed in support~~

~~thereof (if any).~~ *Court did not receive Reply pleadings.*

      The Court hereby **ORDERS** that David A. Golden's motion to intervene is **DENIED** in

its entirety.   Proposed intervenor has failed to demonstrate that the conditions for either

intervention as of right or permissive intervention are met.   *See* CR 24(a)–(b).   He has also failed

to demonstrate he should be joined as a necessary party under CR 19.

~~[PROPOSED]~~ ORDER DENYING DAVID A. GOLDEN'S (G.) MOTION
TO INTERVENE AND BE JOINED AS PLAINTIFF – 1

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel. (425) 454-4233   Fax (425) 453-9905

#48 #49

1

2   DATED this 14th day of February, 2018.

3                                    _____
                                     The Honorable Susan A. Amini
4

5   **PRESENTED BY:**

6   SEBRIS BUSTO JAMES

7   /s/ Darren A. Feider

8   Darren A. Feider, WSBA #22430
    Email: dfeider@sebrisbusto.com
9   Matthew R. Kelly, WSBA #48050
    Email: mkelly@sebrisbusto.com
10  14205 S.E. 36th Street, Suite 325
    Bellevue, Washington  98006
11  Tel: 425-454-4233 / Fax:  425-453-9005
    Attorneys for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER DENYING DAVID A. GOLDEN'S (G.) MOTION
TO INTERVENE AND BE JOINED AS PLAINTIFF – 2

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax: (425) 453-9005



☐ **EXPEDITE** (if filing within 5 court days of hearing)
☑ Hearing is set:

---

## US DISTRICT COURT FOR THE DISTRICT OF COLUMIBIA

ROY COCKRUM, ET AL.,

                            **Plaintiff/Petitioner,**

      vs.

DONALD J. TRUMP FOR PRESIDENT, INC, ET AL.,

                        **Defendant/Respondent.**

NO. 1:17-cv-1370-ESH

---

### TITLE OF DOCUMENT:

**EXHIBIT I** – EMAIL TO MEDIA TELLING HOW MANY TIMES G. HAS CONTACTED THE FBI REGARDING MONEY LAUNDERING, FRAUD, AND PUBLIC CORRUPTION.

NAME:          David Golden

ADDRESS:      11826 N Mayfair Rd. #28
                        Spokane, WA 99218

PHONE:         (360)915-2612

2/14/2018                                                            Gmail - Guess?

 Gmail                                    Jeremy Thundercloud <jeremythundercloud@gmail.com>

## Guess?
1 message

**Jeremy Thundercloud** <jeremythundercloud@gmail.com>                        Wed, Oct 26, 2016 at 7:24 AM
To: ~~████████████~~@komotv.com> ~~████████~~@710kiro.com

How many times I've contacted the fbi?

*I1*