## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

                    *Plaintiffs*,

      v.

DONALD J. TRUMP FOR PRESIDENT,
INC. ET AL.,

                    *Defendants*.

Case No. 1:17-cv-1370-ESH

## JOINT OPPOSITION OF PLAINTIFFS AND DEFENDANTS
## TO DAVID A. GOLDEN'S MOTION TO INTERVENE

Plaintiffs Roy Cockrum, Scott Comer, and Eric Schoenberg and Defendants Donald J. Trump for President, Inc. and Roger Stone jointly oppose David A. Golden's motion to intervene. Intervention requires "an interest relating to the … transaction that is the subject of the action" or "a claim or defense that shares with the main action a question of law or fact." Fed. R. Civ. P. 24(a)–(b). The proposed intervenor does not satisfy these standards. His claims—which appear to concern allegations of wrong-doing by his former employer, the Washington State Department of Transportation—have no connection to this case.

Dated:  March 8, 2018                  Respectfully submitted,

/s/ Benjamin L. Berwick

Benjamin L. Berwick (DDC Bar No.
  MA0004)
Ian Bassin (NY Atty. Reg. No. 468439)
Justin Florence (DC Bar No. 988953)
Anne Tindall (DC Bar No. 494607)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
(202) 856-9191
Ben.Berwick@protectdemocracy.org

Nancy Gertner (MA Bar No. 190140)
FICK & MARX
100 Franklin Street, 7th Floor
Boston, MA 02110
(857) 321-8360
ngertner@fickmarx.com

Richard Primus (DC Bar No. 472223)
THE UNIVERSITY OF MICHIGAN LAW
  SCHOOL*
625 S. State Street
Ann Arbor, MI 48109
(734) 647-5543
PrimusLaw1859@gmail.com

Steven A. Hirsch (CA Bar No. 171825)
KECKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400
shirsch@keker.com

* For identification purposes

*Counsel for Plaintiffs*

/s/ Michael A. Carvin

Michael A. Carvin (DC Bar No. 366784)
Vivek Suri (DC Bar No. 1033613)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com

Jeffrey Baltruzak (PA Bar No. 318156)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 391-3939
jbaltruzak@jonesday.com

*Counsel for Defendant Donald J. Trump
  for President, Inc.*

/s/ Robert C. Buschel

Robert C. Buschel (FL Bar No. 0063436)
BUSCHEL GIBBONS, P.A.
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Ft. Lauderdale, FL 33394
(954) 530-5301
buschel@bglaw-pa.com

Grant J. Smith (FL Bar No. 935212)
STRATEGYSMITH, P.A.
401 E. Las Olas Boulevard, Suite 130-120
Ft. Lauderdale, FL 33394
(954) 328-9064
gsmith@strategysmith.com

L. Peter Farkas (DC Bar No. 52944)
HALLORAN FARKAS & KITTILA, LLP
1101 30th Street NW, Suite 500
Washington, DC 20007
(202) 559-1700
pf@hfk.law

*Counsel for Defendant Roger Stone*

## CERTIFICATE OF SERVICE

I certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.


Dated:  March 8, 2018                    /s/ Michael A. Carvin
                                         Michael A. Carvin
                                         *Counsel for Defendant Donald J. Trump for
                                         President, Inc.*