**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY COCKRUM, ET AL., | No. 1:17-cv-1370-ESH |
| Plaintiff, | RESPONSE OF DAVID GOLDEN (G.) 3rd PARTY INTERVENOR TO JOINT OPPOSITION |
| v. | |
| DONALD J. TRUMP FOR PRESIDENT, INC., ROGER STONE | |
| Defendants. | |
| and | |
| DAVID A. GOLDEN (ALIAS G., JEREMY THUNDERCLOUD, JOHNY BIGFISH) | |
| 3rd Party Intervenor. | |

Trial court has no discretion, but must allow intervention where proposed intervenor claims interest in litigation and intervention is in subordination to and in recognition of main proceeding, and no other remedy is available for protection of intervener's rights (Equity Rule 37, 28 U.S.C.A. following section 723).

Here, David Golden (G.) was a bridge inspector who had his career destroyed by the corrupt bar association and "Democratic" puppets Jay Inslee and Bob Ferguson so that they could launder taxpayer money to their campaign donors (aka government monopoly). G.'s sole purpose was to protect taxpayers from bridge collapse (similar to the recent Florida bridge pedestrian bridge collapse). G. was worried about multiple bridges collapsing so he filed a whistleblower complaint. This resulted in him losing his career and reputation so that his attorneys and "Democrats" at the State Legislature could launder billions to the Association of

MAR 2 2 2018

General Contractors (his attorney's concurrent client – which somehow he forgot to mention in violation of the RPC's). Then the corrupt State of WA (after terminating G.) fixed the bridges that G. complained about.

G. has already proven that the "justice" department is corrupt as there is no justice for G., as his former attorneys and WA State politicians are unanswerable for their crimes. Further, G. has proven that multiple judges do not follow the law and are instead assisting the politicians that appoint them in laundering taxpayer money in antitrust monopoly. Plaintiffs allege political interference by the Office of the Inspector General. G. can prove interference by this agency as it refused to investigate G.'s whistleblower complaint, and instead left him to fend for himself against the corrupt bar association. As mentioned, this all happened so that "Democrats" could launder billions in tax revenue to their campaign contributors in government antitrust monopoly.

This lawsuit is a copycat lawsuit (see G.'s motion to intervene dated February 20th, 2018) and the court has no discretion in this matter. Intervention must be allowed to protect G.'s rights. If intervention is not allowed, the lawsuit must be dismissed.

Dated: March 20th, 2018.

David Golden
Pro Se Intervenor

11826 N Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

## CERTIFICATE OF SERVICE

I, David A. Golden, certify under penalty of perjury that I mailed the foregoing OPPOSITION RESPONSE to the US District Ct for the DC circuit. I then served the same on all parties, by first class mail postage prepaid pursuant to CR 5.2.

_____ 3/20/18

David Golden


**Anne Harden Tindall/ Justin Florence/ Benjamin Leon Berwick**
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW
#163
Washington, DC 20006

**Ian M. Bassin**
UNITED TO PROTECT DEMOCRACY
222 Broadway
New York, NY 10038

**Steven A. Hirsch**
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Franisco, CA 94111

**Richard Primus**
THE UNIVERSITY OF MICHIGAN LAW SCHOOL
625 S. State Street
Ann Arbor, MI 48109

**Jeffrey Baltruzak**
JONES DAY
One Mellon Bank Center
500 Grant Street
Suite 4500
Pittsburgh, PA 15219

**Michael Anthony Carvin / Vivek Suri**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

**Grant J. Smith**
STRATEGYSMITH, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301

**Robert C. Buschel**
BUSCHEL GIBBONS, PA
One Financial Plaza
100 SE Third Ave.
Suite 1300
Ft. Lauderdale, FL 33394

**Ruth Merewyn Greenwood**
73 W. Monroe Street
Suite 322
Chicago,, IL 60603

**Katherine Ruth Atkinson**
WILKENFELD HERENDEEN &
ATKINSON
1731 Connecticut Avenue, NW
3rd Floor
Washington, DC 20009

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007

**Paul March Smith**
Campaign Legal Center
1411 K St. NW
Suite 1400
Washington, DC 20005

**Phillip Michael Spector**
MESSING & SPECTOR LLP
Office of the President
1200 Steuart Street
Suite 2112
Baltimore, MD 21230

**Michael Patrick Moore , Jr.**
HEMENWAY & BARNES, LLP
75 State Street, 16th Floor
Boston, MA 02109