IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:17-cv-1370-ESH |
| DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE, | ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE HEARING

Yesterday, the Court scheduled a hearing on the pending motions to dismiss for April 23, 2018. Plaintiffs respectfully request that the Court reschedule that hearing for the week of April 30, or any time thereafter that is convenient for the Court. Plaintiffs seek this short postponement of the hearing because their undersigned lead counsel, Benjamin L. Berwick, who will speak for Plaintiffs at the hearing,[1] has a long-planned family vacation scheduled for the week of April 16.

Pursuant to Rule 7(m), the undersigned counsel conferred with counsel for Defendants. Counsel for Defendant Roger Stone represented that Mr. Stone consents to the requested postponement, with the caveat that counsel has a conflict on May 4. Counsel for Defendant Donald J. Trump for President, Inc. (the "Trump Campaign") represented that the Trump Campaign consents to the request if the Court can hold the hearing during the week of April 30 or on May 11. Otherwise, the Trump Campaign opposes the request.

---

[1] To be specific, Mr. Berwick will handle the entire hearing except for the portion pertaining to 42 U.S.C. § 1985(3) and the anti-SLAPP motions, which will be handled by Professor Richard Primus.

1

Date: April 5, 2018

/s/ *Benjamin L. Berwick*
BENJAMIN L. BERWICK (D.D.C. Bar No. MA0004)
United to Protect Democracy
10 Ware St.
Cambridge, MA 02138
(909) 326-2911
Ben.Berwick@protectdemocracy.org

IAN BASSIN (NY Attorney Registration No. 4683439)
United to Protect Democracy
222 Broadway, 19th Floor
New York, NY 10038
Ian.Bassin@protectdemocracy.org

JUSTIN FLORENCE (D.C. Bar No. 988953)
Justin.Florence@protectdemocracy.org
ANNE TINDALL (D.C. Bar. No. 494607)
Anne.Tindall@protectdemocracy.org
United to Protect Democracy
2020 Pennsylvania Ave. NW, #163
Washington, DC 20006
(202) 856-9191

NANCY GERTNER (MA Bar No. 190140)
Fick & Marx
100 Franklin Street, 7th floor
Boston, MA 02110
(857) 321-8360
ngertner@fickmarx.com

RICHARD PRIMUS (D.C. Bar No. 472223)
The University of Michigan Law School*
625 S. State Street
Ann Arbor, MI 48109
(734) 647-5543
PrimusLaw1859@gmail.com

STEVEN A. HIRSCH (CA Bar No. 171825)
shirsch@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

* For identification purposes.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1370-ESH ) ) ) ) ) ) |

## [PROPOSED] ORDER

The Court hereby **GRANTS** Plaintiffs' Unopposed Motion to Reschedule Hearing.  It is hereby **ORDERED** that the hearing on defendants' motions to dismiss originally scheduled for April 23, 2018 at 10:30 AM, is rescheduled to [DATE/TIME] in Courtroom 23A.

It is so **ORDERED** this ___ day of _____, 2018.

_____
Hon. Ellen S. Huvelle, U.S.D.J.