IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

                *Plaintiffs*,

      v.

DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.,

                *Defendants*.

Case No. 1:17-cv-1370-ESH

**DEFENDANT ROGER STONE'S MOTION
TO BRING ELECTRONIC EQUIPMENT IN THE COURTROOM**

      Defendant ROGER STONE requests this Court allow electronic computer equipment (including cell phones and iPads for attorneys) in this case for the May 17, 2018 hearing.

      The District Court's website regarding Cell phones, Laptops, and Other Electronics provides Members of the Bar can bring these devices into the courthouse, but limits it to members of the Court of Appeals, District court or D.C. Bar.[1] Below counsel has been admitted in this case *pro hac vice*. We respectfully request that this Court issue an Order specifying that counsel can bring in electronic devices into the courthouse.

| | |
|---|---|
| L. Peter Farkas | Robert C. Buschel** |
| (DDC Bar No. 52944) |   *Counsel of Record* |
| HALLORAN FARKAS & KITTILA, LLP | (FL Bar No. 0063436) |
| 1101 30TH STREET, NW | BUSCHEL GIBBONS , P.A. |
| SUITE 500 | ONE FINANCIAL PLAZA – SUITE 1300 |
| WASHINGTON, DC 20007 | 100 S.E. THIRD AVENUE |
| (202) 559-1700 | FORT LAUDERDALE, FL 33394 |
| PF@HFK.LAW | (954) 530-5301 |
| | BUSCHEL@BGLAW-PA.COM |

---

[1] http://www.dcd.uscourts.gov/cellphones-laptops-and-other-electronics

Grant J. Smith**
(FL Bar No. 935212)
STRATEGYSMITH, P.A.
401 EAST LAS OLAS BOULEVARD
SUITE 130-120
FORT LAUDERDALE, FL 33301
(954) 328-9064
GSMITH@STRATEGYSMITH.COM

*Counsel for Roger Stone*
*(** appearing Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   May 15, 2018                              /s/ Robert C. Buschel

                                                                Robert C. Buschel

                                                                *Counsel for Roger Stone*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY COCKRUM, ET AL.,

          *Plaintiffs*,

v.

DONALD J. TRUMP FOR PRESIDENT, INC.
ET AL.,

          *Defendants*.

Case No. 1:17-cv-1370-ESH

# ORDER

It is ordered that Robert C. Buschel and Grant Smith be granted leave to bring cell phones, laptops, and other electronics into the courtroom on May 18, 2018.

Dated: ___

          The Hon. Ellen Segal Huvelle
          United States District Court Judge