IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG, <br><br>   Plaintiffs, <br><br>   v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE, <br><br>   Defendants. | Civil Action No. 1:17-cv-1370-ESH |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for an order allowing admission of attorney Danielle E. Leonard to appear *pro hac vice* in the above entitled action. This motion is supported by the Danielle E. Leonard, filed herewith. As set forth in Ms. Leonard's declaration, she is admitted and an active member in good standing of the following courts and bars: California State Bar, Northern District of California, Eastern District of California, Court of Appeals - Sixth Circuit, Court of Appeals - Fourth Circuit, Court of Appeals - DC Circuit, Central District of California, and Court of Appeals - 9th Circuit. This motion is supported and signed by Benjamin Berwick, an active and sponsoring member of the Bar of this Court.

Date: May 25, 2018              Respectfully submitted,

/s/ *Benjamin L. Berwick*
BENJAMIN L. BERWICK (D.D.C. Bar No. MA0004)
United to Protect Democracy
10 Ware Street
Cambridge, MA 02138
(909) 326-2911
ben.berwick@protectdemocracy.org

1

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Respectfully submitted,

/s/ *Benjamin L. Berwick*
BENJAMIN L. BERWICK (D.D.C. Bar No. MA0004)
United to Protect Democracy
10 Ware Street
Cambridge, MA 02138
(909) 326-2911
ben.berwick@protectdemocracy.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1370-ESH ) ) ) ) ) ) ) |

## DECLARATION OF DANIELLE E. LEONARD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Danielle E. Leonard, hereby declare:

1. My name, office address, and telephone number are as follows:

Danielle E. Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

2. I have been admitted to the following courts and bars:

| Courts/Bars | Bar No. | Date Admitted |
|---|---|---|
| State Bar of California | 218201 | 12/14/01 |
| Northern District of California, | | 09/16/03 |
| Eastern District of California | | 10/24/03 |
| Court of Appeals - Sixth Circuit | | 03/08/04 |
| Court of Appeals - Fourth Circuit | | 03/28/07 |
| Court of Appeals - DC Circuit | | 03/31/07 |
| Central District of California | | 04/24/07 |
| Court of Appeals, 9th Circuit | | 01/19/12 |

4. I have not been admitted pro hac vice in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

1

Date: May 25, 2018                     Respectfully submitted,

/s/ *Danielle E. Leonard*
DANIELLE E. LEONARD (Cal. Bar No. 218201)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
dleonard@altber.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE, )<br><br>Defendants. ) | Civil Action No. 1:17-cv-1370-ESH |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DANIELLE E. LEONARD *PRO HAC VICE***

The Court has reviewed Plaintiffs' motion for admission of attorney Danielle E. Leonard *pro hac vice*. Upon consideration of that motion, the Court GRANTS attorney Danielle E. Leonard *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____        _____
                                                                                   United States District Judge