IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1370-ESH ) ) ) ) ) ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for an order allowing admission of attorney Stephen P. Berzon to appear *pro hac vice* in the above entitled action. This motion is supported by the Declaration of Stephen P. Berzon, filed herewith. As set forth in Mr. Berzon's declaration, he is admitted and an active member in good standing of the following courts and bars: California State Bar, U.S. Supreme Court, District of Columbia - Court of Appeal, U.S. Court of Appeal - D.C. Circuit, U.S. Court of Appeal - 4th Circuit, U.S. Court of Appeal - 6th Circui, U.S. Court of Appeal - 9th Circuit, U.S. Court of Appeal - 10th Circuit, Northern District of California, Eastern District of California, Central District of California, Southern District of California, and the Supreme Court of Louisiana. This motion is supported and signed by Benjamin Berwick, an active and sponsoring member of the Bar of this Court.

Date: May 25, 2018                                     Respectfully submitted,

                                                                   /s/ *Benjamin L. Berwick*
                                                                   BENJAMIN L. BERWICK (D.D.C. Bar No. MA0004)
                                                                   United to Protect Democracy

        10 Ware Street
        Cambridge, MA 02138
        (909) 326-2911
        ben.berwick@protectdemocracy.org
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Respectfully submitted,

/s/ *Benjamin L. Berwick*
BENJAMIN L. BERWICK (D.D.C. Bar No. MA0004)
United to Protect Democracy
10 Ware Street
Cambridge, MA 02138
(909) 326-2911
ben.berwick@protectdemocracy.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE,<br><br>    Defendants. | Civil Action No. 1:17-cv-1370-ESH |

**DECLARATION OF STEPHEN P. BERZON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Stephen P. Berzon, hereby declare:

1. My name, office address, and telephone number are as follows:

Stephen P. Berzon
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

2. I have been admitted to the following courts and bars:

| Courts/Bars | Bar No. | Date Admitted |
|---|---|---|
| Supreme Court of Louisiana | | 09/05/69 |
| California State Bar | 46540 | 06/26/70 |
| Northern District of California | | 06/26/70 |
| U.S. Supreme Court | | 12/06/72 |
| U.S. Court of Appeal - 9th Circuit | | 07/20/72 |
| District of Columbia - Court of Appeal | | 01/23/75 |
| Eastern District of California | | 02/22/79 |
| U.S. Court of Appeal - D.C. Circuit | | 03/15/84 |
| U.S. Court of Appeal - 10th Circuit | | 11/15/94 |
| U.S. Court of Appeal - 6th Circuit | | 03/08/04 |
| Central District of California | | 07/09/02 |
| U.S. Court of Appeal - 4th Circuit | | 02/05/07 |
| Southern District of California | | 02/20/13 |

1

3. I certify that I have not been disciplined by any bar, and I am currently in good standing with all states, courts, and bars which I am amitted.

4. I have not been admitted pro hac vice in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2018                          Respectfully submitted,

<u>/s/ *Stephen P. Berzon*</u>
STEPHEN P. BERZON (Cal. Bar No. 46540)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Franciso, CA 94108
(415) 421-7151
sberzon@altber.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROY COCKRUM, SCOTT COMER, and ERIC SCHOENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., and ROGER STONE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-1370-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY STEPHEN P. BERZON *PRO HAC VICE***

The Court has reviewed Plaintiffs' motion for admission of attorney Stephen P. Berzon *pro hac vice*. Upon consideration of that motion, the Court GRANTS attorney Stephen P. Berzon *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

United States District Judge