## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY COCKRUM; SCOTT COMER; and ERIC SCHOENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.; and ROGER STONE,<br><br>Defendants. | Civil Action No. 17-1370 (ESH) |

For the reasons stated in the Court's accompanying Memorandum Opinion, ECF No. 72, it is hereby

**ORDERED** that defendants' motions to dismiss under the D.C. Anti-SLAPP Act, ECF Nos. 21 & 23 are **DENIED**; it is further

**ORDERED** that plaintiffs' motion for jurisdictional discovery, ECF No. 62, is **DENIED**; and it further

**ORDERED** that defendants' motions to dismiss, ECF Nos. 20 & 22, are **GRANTED** and plaintiffs' amended complaint, ECF No. 17 is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/ *Ellen Segal Huvelle*

ELLEN SEGAL HUVELLE
United States District Judge

Date:  July 3, 2018